# EXHIBIT A

# GLOBAL BROTHER

# Copyrights





# Copyright

**Registration Number / Date:**
TX0009021932 / 2021-10-19

**Previous Registration:**
2018, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "TX0008719391"}'>TX0008719391</a>.

**Type of Work:**
Text

**Title:**
The Lost Book of Herbal Remedies.

**Application Title:**
The Lost Book of Herbal Remedies.

**Date of Creation:**
2019

**Date of Publication:**
2019-07-07

**Copyright Claimant:**
Global Brother SRL, Transfer: By written agreement. Address: Ghiozdanului 22A Lighthouse Residence - ap 12A floor 1, 12A, Bucharest, Bucuresti, 014163, Romania.

**Authorship on Application:**
Claude Davis; Domicile: Romania; Citizenship: Romania. Authorship: text, photograph(s)
Nicole Apelian; Domicile: Romania; Citizenship: Romania. Authorship: text, photograph(s)

**Basis of Claim:**
text, photograph(s)

**Rights and Permissions:**
Claudiu Alexandru Giurgi, Global Brother SRL, Ghiozdanului 22A Lighthouse Residence - ap 12A floor 1, 12A, Bucharest, 014163, Romania, +40768434324, giurgi.claudiu@yahoo.com

**Material Excluded:**

3

text, photograph(s)

**ISBN:**

978-1-7354815-5-5

**Description:**

Electronic file (eService)

**Copyright Note:**

C.O. correspondence.

**Nation of First Publication:**

United States

**Names:**

Davis, Claude

Apelian, Nicole

Global Brother SRL

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_33200183

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
VA0002369247 / 2023-08-16

**Type of Work:**
Visual Material

**Title:**
The Lost Book of Herbal Remedies Book Cover.

**Application Title:**
The Lost Book of Herbal Remedies Book Cover.

**Date of Creation:**
2019

**Date of Publication:**
2019-07-07

**Copyright Claimant:**
Global Brother SRL. Address: Ghiozdanului 22A Lighthouse Residence - Ap 12A floor 1, Bucharest, 014163, Romania.

**Authorship on Application:**
Global Brother SRL, Domicile: Romania. employer for hire; Authorship: 2-D artwork.

**Rights and Permissions:**
Mandour & Associates, APC, 8605 Santa Monica Blvd., Suite 1500, Los Angeles, CA, 90069, United States

**Description:**
Electronic file (eService)

**Nation of First Publication:**
United States

**Names:**
Global Brother SRL

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_35770200

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0009411164 / 2024-06-03

**Type of Work:**
Text

**Title:**
THE LOST BOOK OF HERBAL REMEDIES.COM.

**Application Title:**
THE LOST BOOK OF HERBAL REMEDIES.COM.

**Date of Creation:**
2021

**Date of Publication:**
2021-03-25

**Copyright Claimant:**
GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163, Romania.

**Authorship on Application:**
GLOBAL BROTHER SRL, Domicile: Romania; employer for hire; Citizenship: Romania. Authorship: text, photograph(s)

**Rights and Permissions:**
Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, claudedaviscopyright@gmail.com

**Material Excluded:**
previously published version.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.Regarding authorship information: Deposit indicates some text by other sources.

**Nation of First Publication:**
United States

**Names:**

7

<u>GLOBAL BROTHER SRL</u>

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37022556

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the <u>Records Research and Certification Division</u>. For information on searching copyright records, see <u>How to Investigate the Copyright Status of a Work (Circular 22)</u>. For information on removing personal information from Copyright Office public records, refer to <u>Privacy: Public Copyright Registration Records(Circular 18)</u>.

# Copyright

**Registration Number / Date:**
PA0002339379 / 2022-02-25

**Type of Work:**
Dramatic Works; or Choreography

**Title:**
The Lost Book of Herbal Remedies Commercial Script.

**Application Title:**
The Lost Book of Herbal Remedies Commercial Script.

**Date of Creation:**
2019

**Date of Publication:**
2019-09-15

**Copyright Claimant:**
Global Brother SRL. Address: Ghiozdanului 22A Lighthouse Residence - Ap 12A floor 1, Bucharest, 014163, Romania.

**Authorship on Application:**
Global Brother SRL, Domicile: Romania. employer for hire; Authorship: text.

**Rights and Permissions:**
Joseph A. Mandour, Mandour & Associates, APC, 8605 Santa Monica Blvd., Suite 1500, Los Angeles, CA, 90069, United States, jmandour@mandourlaw.com

**Description:**
Electronic file (eService)

**Nation of First Publication:**
United States

**Names:**
Global Brother SRL

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_33686566

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**

PA0002537482 / 2025-04-02

**Type of Work:**

Motion Pictures

**Title:**

THE LOST BOOK OF HERBAL REMEDIES II.commercial video.

**Application Title:**

THE LOST BOOK OF HERBAL REMEDIES II.commercial video.

**Date of Creation:**

2024

**Date of Publication:**

2024-05-24

**Copyright Claimant:**

GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163, Romania.

**Authorship on Application:**

GLOBAL BROTHER SRL, employer for hire; Citizenship: Romania. Authorship: entire motion picture.

**Rights and Permissions:**

Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, legal@globalbrother.com

**Description:**

Electronic file (eService)

**Nation of First Publication:**

United States

**Names:**

GLOBAL BROTHER SRL

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_38796379

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TXU002422674 / 2024-03-27

**Type of Work:**
Text

**Title:**
The Lost Book of Herbal Remedies II The Healing Power of Plant Medicine.

**Application Title:**
The Lost Book of Herbal Remedies II The Healing Power of Plant Medicine.

**Date of Creation:**
2024

**Copyright Claimant:**
GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163, Romania.

**Authorship on Application:**
GLOBAL BROTHER SRL (author of anonymous contribution), Domicile: Romania; employer for hire; Citizenship: Romania. Authorship: text, photograph(s)

**Rights and Permissions:**
Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, claudiu.giurgi@yahoo.com

**Names:**
GLOBAL BROTHER SRL

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_36366757

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information

from Copyright Office public records, refer to [Privacy: Public Copyright Registration Records(Circular 18)](#).

# Copyright

**Registration Number / Date:**
TX0009431664 / 2024-09-12

**Type of Work:**
Text

**Title:**
THE LOST BOOK OF HERBAL REMEDIES II.website.

**Application Title:**
THE LOST BOOK OF HERBAL REMEDIES II.website.

**Date of Creation:**
2024

**Date of Publication:**
2024-05-24

**Copyright Claimant:**
GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania.

**Authorship on Application:**
GLOBAL BROTHER SRL, Domicile: Romania; employer for hire; Citizenship: Romania. Authorship: text, photograph(s)

**Basis of Claim:**
text, photograph(s)

**Rights and Permissions:**
Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, legal@globalbrother.com

**Material Excluded:**
text, photograph(s)

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Nation of First Publication:**
United States

**Names:**

GLOBAL BROTHER SRL

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37419415

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).