# EXHIBIT B

# GLOBAL BROTHER

# Copyrights



# Copyright

**Registration Number / Date:**
VAU001533601 / 2024-09-05

**Type of Work:**
Visual Material

**Title:**
Forgotten HOME APOTHECARY.cover design.

**Application Title:**
Forgotten HOME APOTHECARY.cover design.

**Date of Creation:**
2024

**Copyright Claimant:**
GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania.

**Authorship on Application:**
GLOBAL BROTHER SRL, Domicile: Romania; employer for hire; Citizenship: Romania. Authorship: photograph, 2-D artwork.

**Rights and Permissions:**
Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, legal@globalbrother.com

**Description:**
Electronic file (eService)

**Names:**
GLOBAL BROTHER SRL

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_37306069

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information

from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**

TXU002446715 / 2024-08-30

**Type of Work:**

Text

**Title:**

Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your Fingertips.

**Application Title:**

Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your Fingertips.

**Date of Creation:**

2024

**Copyright Claimant:**

GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, 014163, Romania.

**Authorship on Application:**

GLOBAL BROTHER SRL, Domicile: Romania; employer for hire; Citizenship: Romania. Authorship: text, photograph(s)

**Rights and Permissions:**

Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, 014163, Romania, +40768434324, legal@globalbrother.com

**Description:**

Electronic file (eService)

**Names:**

GLOBAL BROTHER SRL

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37349784

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information

from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).