# EXHIBIT C



office@defrancesco.law

**June 24, 2025**

Via email: arunasampath1@gmail.com, info@bookdelico.com

| | |
|---|---|
| Sampath Wijesinghe | Webdelico LLC |
| d/b/a booksdelico.com | BookDelico |
| 245 West Herndon Avenue | 46 Artisan drive, unit 2 |
| Clovis, CA 93612 | Smyrna, DE 19977 |
| 559-299-1178 | 484-838-9988 |

RE:   Global Brother Srl adv Sam Wijesinghe et al; Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa

Dear Sam Wijesinghe,

DeFrancescoLaw represents Global Brother SRL ("Global Brother"), a Romanian publisher of various materials, including health and wellness books. One of its most popular and legally protected publications is FORGOTTEN HOME APOTHECARY. This publication is covered under U.S. Copyright laws, including registration nos. PAU004249674, TXU002445163, TXU002446167, VAU001538856, TXU002433712, VAU001533601, PA0002534350, and TXu002446715, for the book, text, videos, artwork, book cover, etc.

Additionally, the book title and associated elements are protected by EU registration(s) and U.S. common law trademark rights due to its extensive use and widespread recognition, as further evidenced in infringing uses. Enclosed with this letter is an image of the cover and corresponding copyright registration abstract for the cover (and contents) and EU registration. Notwithstanding EU laws, under U.S. law, copyright infringement may subject the infringer to substantial statutory damages, including up to $150,000 per work for willful infringement pursuant to 17 U.S.C. § 504(c). Plaintiffs may also be entitled to injunctive relief, attorneys' fees, and costs.

It has come to our attention you are unlawfully reproducing, distributing, and/or selling copies of FORGOTTEN HOME APOTHECARY, including unauthorized use of the copyrighted cover and content. Such actions constitute copyright infringement under 17 U.S.C. §§ 101 et seq., as well as violations of trademark rights.

We identified the unauthorized use on and/or hosted through the SHOPIFY platform, by online e-commerce drop shipping, as in the following, links to the infringing work:



- https://shop.app/products/9824014729501?variantId=49905573134621

- https://bookdelico.com/products/the-best-home-apothecary-500-forgotten-powerfulremedies-for-ultimate-health-energy-vitality-and-wellness-home-apothecarybook?_pos=1&_sid=54f5b1e90&_ss=r

- https://bookdelico.com/products/the-alchemists-home-apothecary-booktransformative-herbal-remedies-for-beauty-longevity-and-youthful-skin-lost-andforgotten-home-apothecary-book?_pos=2&_sid=54f5b1e90&_ss=r

- https://bookdelico.com/products/mastering-the-art-of-healing-herbs-homeapothecary-book-200-herbal-formulas-remedies-for-mental-clarity-digestive-health-andstress-relief-lost-and-forgotten-home-apothecary-book?_pos=3&_sid=54f5b1e90&_ss=r

- https://bookdelico.com/products/ancient-lost-home-apothecary-book-300-supremeholistic-herbal-divine-natural-antibiotics-for-a-truly-healthylife?_pos=4&_sid=54f5b1e90&_ss=r

Notably the advertising, sale, publishing, and shipping of FORGOTTEN HOME APOTHECARY and derivatives, is not authorized. Even if you secured the books printing and shipping through a third party and modified – it is not authorized. Furthermore, the mere display of the book itself and similar replications as published on-line on your website is not authorized and is a violation.

To stop your use, Global Brother filed for takedown, and you subsequently filed responses to same, challenging the ownership and/or the application of Global Brother copyrights and trademark rights. To avoid further escalation and legal action, you (including agents and owners thereof) must, withdraw any and all notice(s) with Shopify, and:

1. Immediately cease and desist from advertising, reproducing, distributing, or selling any copies of Global Brother titles, including FORGOTTEN HOME APOTHECARY in any format, including derivatives.

2. **Provide written confirmation within 48 hours confirming compliance with this demand**.

3. Disclose the following information:

    · Inventory of books in your possession or control.

    · Source(s) of the books.

    · Detailed accounting of all sales, revenue, and profits derived from the books.



Should you continue to challenge Global Brother ownership, Global Brother will be required to pursue remedies, including return of legal fees, statutory damages, injunctive relief, and an order mandating the impoundment and destruction of all infringing materials, etc. This letter does not constitute a comprehensive statement of rights, remedies, or claims, all of which are expressly reserved until such time as a written agreement is entered into between the parties.

Your immediate attention is requested.

Sincerely,

Jason DeFrancesco
Attorney for Global Brother SRL