# EXHIBIT D

**Jason L DeFrancesco**

| | |
|---|---|
| **From:** | Jason L DeFrancesco |
| **Sent:** | Friday, July 11, 2025 9:30 AM |
| **To:** | sam Wijesinghe; info@bookdelico.com |
| **Cc:** | DeFrancescoLaw; wmassk@gmail.com; aruna@webdelico.com; devisripali@gmail.com |
| **Subject:** | RE: **URGENT** RE: Trademark Infringement Notice | bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa |

**URGENT**
(Delaware District)

Dear ARUNA SAMPATH WIJESINGHE,

This is to confirm you that a compliant is being prepared for filing in the Delaware District against you and Webdelico LLC.

If you have any interest in avoiding the lawsuit, you are encouraged to respond immediately.

Regards,
Jason



Jason L. DeFrancesco
Attorney

✉ jasond@defrancesco.law
☏ +1 (910) 833-5428

---

**From:** Jason L DeFrancesco <jasond@defrancesco.law>
**Sent:** Monday, June 30, 2025 4:45 AM
**To:** sam Wijesinghe <arunasampath1@gmail.com>; info@bookdelico.com
**Cc:** DeFrancescoLaw <ipoffice@defrancesco.law>
**Subject:** **URGENT** RE: Trademark Infringement Notice | bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa
**Importance:** High

**URGENT** Deadline to revive, 8 July 2025
(Delaware District)

Dear Sam and Aruna Wijesinghe,

This is to confirm you have not responded and are requiring Global Brother continue with litigation.

If this is not your goal – you must respond immediately to resolve.

Regards,

1

Jason



**From:** Jason L DeFrancesco <jasond@defrancesco.law>
**Sent:** Thursday, June 26, 2025 1:09 PM
**To:** sam Wijesinghe <arunasampath1@gmail.com>; info@bookdelico.com
**Cc:** DeFrancescoLaw <ipoffice@defrancesco.law>
**Subject:** RE: Trademark Infringement Notice | bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa
**Importance:** High

**\*\*URGENT\*\* Deadline to revive, 8 July 2025
(Delaware District)**

Dear Sam and Aruna Wijesinghe,

While your [Sam] responsiveness is appreciated, it has come to my attention you [Aruna] filed a counter notice through SHOPIFY (attached, Ticket ID: 56dca5cc-0047-47df-9845-440e6143c919)(this is in addition to the previous ticket referred to in our initial communication, Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa).

According to the DMCA (Digital Millenium Copyright Act) Global Brother is now required to resolve the dispute or file a Federal lawsuit in Delaware **within the above deadline – otherwise the complained of listing is restored**.

Attached is the US Copyright record for THE LOST BOOK OF HERBAL REMEDIES II. The book is part of a series of THE LOST BOOK OF HERBAL REMEDIES, which include volumes I, II, and III. In addition to the copyright, Global Brother has common law trademark rights in and to the title THE LOST BOOK OF HERBAL REMEDIES.

I understand you are dealing in the below books and titles, which are not authorized and implicate Global Brother copyrights and trademark. For example, your book, THE LOST MANUAL OF HERBAL REMEDIES 2 is almost identical to THE LOST BOOK OF HERBAL REMEDIES II, and THE LOST BOOK of complete HERBAL and natural REMEDIES is confusingly similar.

The purpose of this communication is to try to resolve the dispute and understand your willingness to avoid further damages. If you are willing to cooperate, demand is hereby made you withdraw the counter-notice, and refrain from filing other counter notices adverse to Global Brother. In doing so, Global Brother requests you provide the following information:

1. Complete details regarding the acquisition source of the books in question, including supplier information and chain of custody documentation,

2. The total number of units sold,
3. Relevant sales data and revenue generated from sales, and
4. <u>Reimbursement</u>.

**This request is directed to the books identified in the attached "SW Ltr June 24 2025" and those below.**

To confirm withdrawal of the counter notice, Global Brother must receive confirmation <u>directly from SHOPIFY</u> that includes the ticket number(s) and confirmation that the counter notice(s) is withdrawn. Simply stating it is withdrawn or providing a copy of an email is not sufficient.

Due to the timing constraints, **your immediate response is requested**. This communication should not be accepted as a waiver of any right, claim or defense – all of which are reserved until such time as a written agreement is entered into between the parties. Should further action be required, Global Brother will be required to identify all parties and works (i.e., books) identified herein.

Regards,
Jason





**From:** sam Wijesinghe <arunasampath1@gmail.com>
**Sent:** Tuesday, June 24, 2025 9:06 AM
**To:** Jason L DeFrancesco <jasond@defrancesco.law>
**Subject:** Re: FW: Trademark Infringement Notice | bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa

Dear Jason,

We understand that this book was copyrighted one and removed from our catalog.

We are authorized retailers for more than 100 book publisher networks in the USA and canada.

I think Shopify wants us to respond to the case unless they are suspending our account.

We only provided the details that we took the book from an authorized wholesaler and distributed without knowing that it was copyrighted one.

 If there is anything mistakenly listed in future , kindly let us know. We are gladly removing these books from our product catalog.

Thank you for your understanding.

Sincerely,
sam'

On Tue, Jun 24, 2025 at 5:33 AM Jason L DeFrancesco <jasond@defrancesco.law> wrote:

> **Global Brother Srl adv Sam Wijesinghe et al.;**
>
> **Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa**

Dear Sam Wijesinghe,

Attached is a communication on behalf of Global Brother SRL regarding your unauthorized use of its work on Shopify.

I look forward to your response.

Regards,

Jason



**From:** Shopify <legal@shopify.com>
**Sent:** Wednesday, June 18, 2025 6:21 PM
**To:** legal@GlobalBrother <legal@globalbrother.com>
**Subject:** Trademark Infringement Notice | bookdelico.com

Hi there,

The merchant has submitted a response to your trademark infringement notice submitted on June 17, 2025. We have informed the merchant that the reported content must remain offline.

We support the protection of intellectual property and thank you for bringing your concerns to our attention.

Shopify Trust & Safety
Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa

151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8