# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>   Plaintiff,<br><br>  v.<br><br>ARUNA WIJESINGHE d/b/a/ "bookdelico.com," and WEBDELICO LLC,<br><br>   Defendant(s). | C.A. No. 25-_____ |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Global Brother SRL certifies that there is no parent corporation or publicly held corporation owning more than 10% or more of its stock.

Dated: July 15, 2025

                **SMITH, KATZENSTEIN & JENKINS LLP**

                */s/ Daniel A. Taylor*
                Neal C. Belgam (No. 2721)
                Daniel A. Taylor (No. 6934)
                1000 West Street, Suite 1501
                Wilmington, DE 19801
                (302) 652-8400
                nbelgam@skjlaw.com
                dtaylor@skjlaw.com

                *Counsel for Plaintiff Global Brother SRL*