IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GLOBAL BROTHER SRL, )
    Plaintiff, )
     )
v. )  Civil Action No. 1:25-cv-00878-MN
     )
ARUNA SAMPATH WIJESINGHE d/b/a )
bookdelico.com, and WEBDELICO LLC, )
    Defendants. )

**FILED**
**OCT 14 2025**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR LEAVE TO FILE LATE ANSWER (PRO SE)

Defendant, Aruna Sam Wijesinghe, appearing pro se, respectfully moves this Honorable Court for leave to file a late Answer to the Complaint filed by Plaintiff, Global Brother SRL, and in support thereof states as follows:

1. Defendant was served with the Complaint on **September 10, 2025**.

2. Defendant did not understand that an Answer must be separately filed with the Court and believed the matter was being resolved directly with Plaintiff's counsel. Defendant communicated in writing with Plaintiff's counsel on **September 10 and 11, 2025**, and provided full details, including withdrawal of the Shopify counter-notice, confirmation that all listings were removed, and disclosure of limited sales information.

**3. Defendant acknowledges that Plaintiff's earlier emails (June–July 2025) were sent to Defendant's primary email account (arunasampath1@gmail.com) but were unfortunately overlooked at the time. This was an honest oversight and not an intentional disregard of the matter. Defendant only became aware of the lawsuit upon receiving notice through the Delaware business registration portal in early September 2025. Upon discovering this, Defendant promptly reviewed prior communications, responded to Plaintiff's counsel, and began taking steps to address the matter in good faith.**

4. Defendant has acted at all times in good faith and did not intend to delay or ignore this matter. Defendant is a small business owner without prior legal experience and filed this motion promptly upon realizing that a court filing was necessary.

5. Allowing the late filing will not prejudice Plaintiff, as Defendant has already cooperated fully and shown willingness to resolve the matter.

WHEREFORE, Defendant respectfully requests that this Court grant leave to file the attached Answer out of time and for such other relief as the Court deems just and proper.

Respectfully submitted,

*[signature: Aruna Sampath]*

---------------------------------
Aruna Sam Wijesinghe
Webdelico LLC
46 Artisan Drive, Unit 2
Smyrna, DE 19977
Email: info@webdelico.com / arunasampath1@gmail.com
Phone: 4848389988
Pro Se Defendant

Date: October 11, 2025