CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to File Late Answer, Declaration, and attached Answer has been mailed via U.S. Postal Service, first-class postage prepaid, to:

Smith, Katzenstein & Jenkins, LLP
Attn: Neal C. Belgam / Daniel A. Taylor
1000 N. West Street, Suite 1501
Wilmington, Delaware 19801

Aruna Sam Wijesinghe
Date:

FILED
OCT 14 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE