WEBDELICO LLC
ARUNA WIJESINGHE
46 ARTISAN DR., UNIT 2
SMYRNA, DE 19977



**UNITED STATES POSTAL SERVICE** — Retail

**G** US POSTAGE PAID $7.70
Origin: 19977
10/10/25
0962700977-08

USPS GROUND ADVANTAGE®

0 Lb 4.40 Oz
RDC 01

C012

SHIP TO:
UNIT 18
844 N KING ST
WILMINGTON DE 19801-3519

USPS TRACKING® #
9500 1131 7236 5283 9959 71

U.S.M.S. LX-RAY

Clerk of Court
U.S District Court for the
District of Delaware
844 N. King Street, Unit 18
Wilminton, DE 19801



FILED
OCT 1 4 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scs

Place Postage Here
Apposer le postage ici

**Handle with Care · Prenez soin**