# SMITH KATZENSTEIN JENKINS LLP

October 20, 2025

*Via CM/ECF*

The Honorable Maryellen Noreika
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, Delaware 19801

*Re:    Global Brother SRL v. Wijesinghe, et al.,* **C.A. No. 25-878-MN**

Dear Judge Noreika:

On October 15, 2025, Defendant Aruna Wijesinghe filed a motion for leave to file a late answer in the above-captioned matter. (D.I. 8) Plaintiff Global Brother SRL does not oppose the motion.

Counsel is available should Your Honor have any questions.

Respectfully,

*/s/ Daniel A. Taylor*

Daniel A. Taylor (No. 6934)
*Attorney for Plaintiff, Global Brother SRL*