## **CERTIFICATE OF SERVICE**

I, Daniel A. Taylor, hereby certify that on October 20, 2025, a true and correct copy of the foregoing document was served on the following Defendants via First Class U.S. Mail:

Aruna Wijesinghe d/b/a "booksdelico.com"
46 Artisan Drive
Unit 2
Smyrna, DE 19977

WEBDELICO LLC
c/o Harvard Business Services, Inc.
16192 Coastal Highway
Lewes, DE 19958

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Daniel A. Taylor (No. 6934)