IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GLOBAL BROTHER SRL, )
   Plaintiff, )
)
v. ) Civil Action No. 1:25-cv-00878-UNA
)
ARUNA SAMPATH WIJESINGHE d/b/a )
bookdelico.com, and WEBDELICO LLC, )
   Defendants. )
)

FILED
OCT 14 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### DEFENDANT'S ANSWER TO COMPLAINT (PRO SE)

Defendant, Aruna Sam Wijesinghe ("Defendant"), appearing pro se, submits this Answer to the Complaint filed by Plaintiff, Global Brother SRL, and states as follows:

1. Defendant admits operating the Shopify-based online store "bookdelico.com" under Webdelico LLC but denies engaging in any willful or knowing copyright infringement.

2. Defendant denies creating, publishing, or authoring any of Plaintiff's works. The books in question were listed automatically as part of inventory obtained through Ingram Content Group, a reputable and authorized U.S. book distributor.

3. Upon receiving notice of alleged infringement from Shopify in June 2025, Defendant immediately removed all listings related to Plaintiff's works, withdrew the counter-notice, and confirmed in writing that such titles would not be listed again.

4. Defendant sold only two copies of one title totaling $78.69 in gross sales, with no profit after costs. No other titles were sold.

5. Defendant denies all allegations of willful infringement, counterfeiting, or deceptive practices. Any use of titles or listings was unintentional and done without knowledge that the works were protected.

6. Defendant has fully cooperated with Plaintiff's counsel since learning of the issue, provided sales records, and acted promptly to comply with all requests.

7. Defendant asserts the following affirmative defenses:
   - Lack of willfulness and intent (17 U.S.C. § 504(c)(2))
   - Innocent infringement
   - No substantial similarity between any original copyrighted materials and Defendant's listings
   - Lack of direct or vicarious infringement
   - Failure to mitigate damages
   - De minimis and non-commercial nature of activity
   - Good faith reliance on authorized distribution from Ingram Content Group

WHEREFORE, Defendant respectfully requests that this Court dismiss the Complaint with prejudice, deny Plaintiff's request for damages or attorneys' fees, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

_____
Aruna Sam Wijesinghe
Webdelico LLC
46 Artisan Drive, Unit 2
Smyrna, DE 19977
Email: info@webdelico.com / arunasampath1@gmail.com
Phone: 4848389988
Pro Se Defendant

Date: October 11, 2025