EXHIBIT LIST

---
**Exhibit A — June 24–30, 2025 Correspondence**
Includes copies of emails from attorney Jason DeFrancesco sent June 24
and June 30, 2025.
Also includes initial communications referencing "Deadline to revive,
8 July 2025."
These demonstrate early acknowledgment of the matter and intent to
comply, showing that the Defendants immediately removed listings from
the Shopify store upon receiving the claim notice.

Summary:
- June 20, 2025: Shopify sent first notice of trademark claim.
- June 21, 2025: Listings were deleted from store.
- June 24–26, 2025: Emails from Jason DeFrancesco outlining claims and
deadlines.
- June 30, 2025: "If you have not responded, litigation will continue"
follow-up.
Purpose: Shows that the Defendants acted promptly to remove materials
and did not willfully ignore correspondence.

----
Exhibit B — Missed Email Communications (June–July 2025)

These emails from the plaintiff's attorney were received in my inbox
but were overlooked at the time. They were later reviewed in September
2025 after I learned about the lawsuit. Copies of those communications
(dated June 26, June 30, and July 11, 2025) are attached below.

---
**Exhibit C — September 10–11, 2025 Communications**
Includes all email exchanges between Defendant and Plaintiff's counsel
following discovery of the lawsuit via Delaware business portal.

Summary:
- September 10, 2025: Defendant's email acknowledging lawsuit,
confirming removal of books, and stating intent to cooperate.
- Plaintiff's counsel reply: Confirming awareness but stating "lawsuit
caused by non-response."
- September 11, 2025: Defendant's full disclosure email providing
supplier name (Ingram), purchase invoices, total sales (2 units,
$78.69 total revenue), and counter-notice withdrawal.
- Follow-up email from Plaintiff attaching "Exhibit A" and confirming
Global Brother's copyrighted works.
Purpose: Shows Defendant's immediate good faith effort, transparency,
and withdrawal of the disputed counter-notice.

---
**Exhibit D — October 2025 Communications**



FILED
OCT 14 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Includes later communications confirming misunderstanding about dismissal and Defendant's continued cooperation.

Summary:
- October 2025: Plaintiff's counsel email stating default and requesting reimbursement.
- Defendant's email clarifying belief that lawsuit was withdrawn, reiterating compliance and removal of all listings, and expressing intent to resolve amicably.
Purpose: Demonstrates Defendant's consistent good faith, misunderstanding rather than negligence, and lack of intent to infringe.

---

All exhibits demonstrate Defendant's prompt, cooperative conduct and the absence of willful infringement or deception.

Exhibit   A



FILED

OCT 1 4 2025

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SLS

 **Gmail**                                   devika Gunarathne <devisripali@gmail.com>

## Re: Trademark Notice | Book Delico
1 message

**sam Wijesinghe** <arunasampath1@gmail.com>                Fri, Oct 10, 2025 at 12:01 PM
To: devika Gunarathne <devisripali@gmail.com>

On Fri, Jun 20, 2025 at 1:14 PM Shopify <legal@shopify.com> wrote:

> **Products on Book Delico are at risk of being suspended**
>
> We have received a trademark notice claiming that content on your
> Shopify store, Book Delico , is infringing on another company or person's
> intellectual property rights. You can view the reported products in your
> admin, and respond to the claims made in the notice using this form.
>
> If we don't receive a valid response from you by **June 22, 2025 UTC**, the
> content reported in the notice will be removed from your store.
>
> Shopify has a policy of terminating stores for repeat infringement, such as
> when multiple notices of alleged infringement are received.
>
> Ticket ID: 73517261-a9bf-4c2c-b620-c711759e7eb3
>
> ⓘ  Learn more about Shopify's intellectual property policies and
>    resolving terms violations.

 **shopify**

151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8

10/10/25, 2:39 PM    Gmail - Fwd: FW: Trademark Infringement Notice | bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4338f8-c031-4a...

Case 1:25-cv-00878-MN   Document 10-1   Filed 10/21/25   Page 5 of 17 PageID #: 101



Jason L. DeFrancesco
Attorney

✉ jasond@defrancesco.law
© +1 (910) 833-5428

**From:** Shopify <legal@shopify.com>
**Sent:** Wednesday, June 18, 2025 6:21 PM
**To:** legal@GlobalBrother <legal@globalbrother.com>
**Subject:** Trademark Infringement Notice | bookdelico.com

HI there,

The merchant has submitted a response to your trademark infringement notice submitted on June 17, 2025. We have informed the merchant that the reported content must remain offline.

We support the protection of intellectual property and thank you for bringing your concerns to our attention.

Shopify Trust & Safety
Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa

Shopify

151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8

10/10/25, 2:39 PM          Gmail - Fwd: FW: Trademark Infringement Notice | bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4338f8-c031-4a...

Case 1:25-cv-00878-MN    Document 10-1    Filed 10/21/25    Page 6 of 17 PageID #: 102

 Gmail

**devika Gunarathne <devisripali@gmail.com>**

## Fwd: FW: Trademark Infringement Notice | bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa

sam Wijesinghe <arunasampath1@gmail.com>                    Fri, Oct 10, 2025 at 12:02 PM
To: devika Gunarathne <devisripali@gmail.com>

---------- Forwarded message ---------
From: **sam Wijesinghe** <arunasampath1@gmail.com>
Date: Tue, Jun 24, 2025 at 9:05AM
Subject: Re: FW: Trademark Infringement Notice | bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa
To: Jason L DeFrancesco <jasond@defrancesco.law>

Dear Jason,

We understand that this book was copyrighted one and removed from our catalog.

We are authorized retailers for more than 100 book publisher networks in the USA and canada.

I think Shopify wants us to respond to the case unless they are suspending our account.

We only provided the details that we took the book from an authorized wholesaler and distributed without knowing that it was copyrighted one.

If there is anything mistakenly listed in future , kindly let us know. We are gladly removing these books from our product catalog.

Thank you for your understanding.

Sincerely,
sam'

On Tue, Jun 24, 2025 at 5:33AM Jason L DeFrancesco <jasond@defrancesco.law> wrote:

> **Global Brother Srl adv Sam Wijesinghe et al.;**
>
> **Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa**
>
>
> Dear Sam Wijesinghe,
>
>
> Attached is a communication on behalf of Global Brother SRL regarding your unauthorized use of its work on Shopify.
>
>
> I look forward to your response.
>
>
> Regards,
>
> Jason



Jason L. DeFrancesco
Attorney

✉ jasond@defrancesco.law
☎ +1 (910) 833-5428

**From:** Shopify <legal@shopify.com>
**Sent:** Wednesday, June 18, 2025 6:21 PM
**To:** legal@GlobalBrother <legal@globalbrother.com>
**Subject:** Trademark Infringement Notice | bookdelico.com

Hi there,

The merchant has submitted a response to your trademark
infringement notice submitted on June 17, 2025. We have informed
the merchant that the reported content must remain offline.

We support the protection of intellectual property and thank you for
bringing your concerns to our attention.

Shopify Trust & Safety
Ticket ID: cd43386f8-c031-4a26-b998-673c47f516aa

151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8

10/10/25, 2:40 PM    Gmail - Re: **URGENT** RE: Trademark Infringement Notice | bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4...

Case 1:25-cv-00878-MN    Document 10-1    Filed 10/21/25    Page 8 of 17 PageID #: 104



**Jason L. DeFrancesco**
Attorney

✉ jasond@defrancesco.law
☎ +1 (910) 833-5428

**From:** sam Wijesinghe <arunasampath1@gmail.com>
**Sent:** Tuesday, June 24, 2025 9:06 AM
**To:** Jason L DeFrancesco <jasond@defrancesco.law>
**Subject:** Re: FW: Trademark Infringement Notice | bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa

Dear Jason,

We understand that this book was copyrighted one and removed from our catalog.

We are authorized retailers for more than 100 book publisher networks in the USA and canada.

I think Shopify wants us to respond to the case unless they are suspending our account.

We only provided the details that we took the book from an authorized wholesaler and distributed without knowing that it was copyrighted one.

If there is anything mistakenly listed in future , kindly let us know. We are gladly removing these books from our product catalog.

Thank you for your understanding.

Sincerely,

sam'

On Tue, Jun 24, 2025 at 5:33 AM Jason L DeFrancesco <jasond@defrancesco.law> wrote:

Global Brother Srl adv Sam Wijesinghe et al.;

Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa

Dear Sam Wijesinghe,

Attached is a communication on behalf of Global Brother SRL regarding your unauthorized use of its work on Shopify.

I look forward to your response.

Regards,

Subject: RE: Trademark Infringement Notice | bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa

**Importance: High**

**\*\*URGENT\*\* Deadline to revive, 8 July 2025**

**(Delaware District)**

Dear Sam and Aruna Wijesinghe,

While your [Sam] responsiveness is appreciated, it has come to my attention you [Aruna] filed a counter notice through SHOPIFY (attached, Ticket ID: 56dca5cc-0017-47df-9845-440e6143c919)(this is in addition to the previous ticket referred to in our initial communication, Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa).

According to the DMCA (Digital Millenium Copyright Act) Global Brother is now required to resolve the dispute or file a Federal lawsuit in Delaware within the above deadline – **otherwise the complained of listing is restored.**

Attached is the US Copyright record for THE LOST BOOK OF HERBAL REMEDIES II. The book is part of a series of THE LOST BOOK OF HERBAL REMEDIES, which include volumes I, II, and III. In addition to the copyright, Global Brother has common law trademark rights in and to the title THE LOST BOOK OF HERBAL REMEDIES.

I understand you are dealing in the below books and titles, which are not authorized and implicate Global Brother copyrights and trademark. For example, your book, THE LOST MANUAL OF HERBAL REMEDIES 2 is almost identical to THE LOST BOOK OF HERBAL REMEDIES II, and THE LOST BOOK of complete HERBAL and natural REMEDIES is confusingly similar.

The purpose of this communication is to try to resolve the dispute and understand your willingness to avoid further damages. If you are willing to cooperate, demand is hereby made you withdraw the counter-notice, and refrain from filing other counter notices adverse to Global Brother. In doing so, Global Brother requests you provide the following information:

1. Complete details regarding the acquisition source of the books in question, including supplier information and chain of custody documentation,
2. The total number of units sold,
3. Relevant sales data and revenue generated from sales, and
4. Reimbursement.

**This request is directed to the books identified in the attached "SW Ltr June 24 2025" and those below.**

To confirm withdrawal of the counter notice, Global Brother must receive confirmation directly from SHOPIFY that includes the ticket number(s) and confirmation that the counter notice(s) is withdrawn. Simply stating it is withdrawn or providing a copy of an email is not sufficient.

Due to the timing constraints, **your immediate response is requested.** This communication should not be accepted as a waiver of any right, claim or defense – all of which are reserved until such time as a written agreement is entered into between the parties. Should further action be required, Global Brother will be required to identify all parties and works (i.e., books) identified herein.

Regards,

Jason

| Your listing | Global Brother book | Collection / Series | | |
|---|---|---|---|---|
|  |  |  The Lost Book of Herbal Remedies |  The Lost Book of Herbal Remedies II |  The Lost Book of Herbal Remedies III Pre-Order |

M Gmail                                                                   devika Gunarathne <devisrlpall@gmail.com>

Re: **URGENT** RE: Trademark Infringement Notice | bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID:
cd4338f8-c031-4a26-b998-673c47f516aa

sam Wijesinghe <arunasampath1@gmail.com>                                           Fri, Oct 10, 2025 at 12:02
To: devika Gunarathne <devisrlpall@gmail.com>

On Fri, Jul 11, 2025 at 9:30 AM Jason L DeFrancesco <jasond@defrancesco.law> wrote:

**URGENT**

(Delaware District)


Dear ARUNA SAMPATH WIJESINGHE,


This is to confirm you that a compliant is being prepared for filing in the Delaware District against you and Webdelico LLC.


If you have any interest in avoiding the lawsuit, you are encouraged to respond immediately.


Regards,

Jason


   Jason L. DeFrancesco
                       Attorney

                       ✉ jasond@defrancesco.law
                       ☏ +1 (910) 833-5428


From: Jason L DeFrancesco <jasond@defrancesco.law>
Sent: Monday, June 30, 2025 4:45 AM
To: sam Wijesinghe <arunasampath1@gmail.com>; info@bookdelico.com
Cc: DeFrancescoLaw <ipoffice@defrancesco.law>
Subject: **URGENT** RE: Trademark Infringement Notice I bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4338f8-c031-4a26-b998-
673c47f516aa
Importance: High


**URGENT** Deadline to revive, 8 July 2025

(Delaware District)


Dear Sam and Aruna Wijesinghe,


This is to confirm you have not responded and are requiring Global Brother continue with litigation.


If this is not your goal -- you must respond immediately to resolve.


Regards,

Jason


   Jason L. DeFrancesco
                       Attorney

                       ✉ jasond@defrancesco.law
                       ☏ +1 (910) 833-5428


From: Jason L DeFrancesco <jasond@defrancesco.law>
Sent: Thursday, June 26, 2025 1:09 PM
To: sam Wijesinghe <arunasampath1@gmail.com>; info@bookdelico.com
Cc: DeFrancescoLaw <ipoffice@defrancesco.law>

Exhibit C



5c)

3 Separate continuation, hold shown at the Court motion withdrawn.

In return, I respectfully request that Global Brother consider voluntarily dismissing the current lawsuit, as my intention is not to infringe but to resolve this issue in good faith.

Please let me know the next steps you would like me to take to move forward with this resolution.

Sincerely,
Aruna Sam Wijesinghe

Webdelico LLC

46 Artisan DR.

Unit 2

Smyma

DE 19977

On 10.09.2025 17:44, Jason L. DeFrancesco wrote:

Sam,

The concession you did not respond "within the timeframe...outlined" is an understatement. You never responded. And as a result, you caused a lawsuit to be filed.

The below is appreciated but it does not provide information requested from you since June. It is now September and Global Brother has been compelled to expend additional legal fees, costs, and hire a process server.

Because you are consulting with legal counsel to carefully evaluate the issues raised and to ensure that my response is thorough and appropriate. I will provide you with a formal reply once that review is complete  your formal reply is anticipated.

In the meantime, and subject to ( FRE 408: I am not authorized to ask for dismissal of the complaint as you request without a written settlement, disclosure of information and reimbursement ).

Regards,
Jason



Jason L. DeFrancesco
Attorney

✉ jasond@defrancesco.law
☎ +1 (910) 833-5428

From: info@webdelico.com <info@webdelico.com>
Sent: Wednesday, September 10, 2025 4:45 PM
To: Jason L. DeFrancesco <jasond@defrancesco.law>; nbelgam@skjlaw.com; dtaylor@skjlaw.com
Subject: RE : Civil Action No. 25-878-UNA

Dear Mr. Jason,

I acknowledge receipt of your prior communication regarding Global Brother's claims and understand that I did not respond within the timeframe you outlined. Please note this was not intentional, and I appreciate your patience.

I am writing in connection with **Civil Action No. 25-878-UNA**, filed in the United States District Court for the District of Delaware. I want to emphasize that I fully respect the copyrights of GLOBAL BROTHER SRL and the recent federal court judgment affirming those rights.

Please note that our company, Webdelico LLC, did not publish or create the book in question. We listed it on Shopify as a reseller of publicly available inventory obtained from an authorized wholesale supplier, without knowledge that the underlying work was subject to infringement or litigation. Upon receiving Shopify's notification, we immediately removed the listing from our catalog.

Given that our role was limited to resale and that we are not the original publisher or a party to the litigation, I respectfully request your consideration in providing a **retraction of the complaint** against our company. We remain committed to ensuring that no GLOBAL BROTHER SRL titles are listed under our account going forward, and we are prepared to confirm these measures in writing if needed.

At this time, I am consulting with legal counsel to carefully evaluate the issues raised and to ensure that my response is thorough and appropriate. I will provide you with a formal reply once that review is complete.

Thank you again for bringing this matter to my attention. I value constructive communication and hope we can resolve this matter cooperatively.

Sincerely,
Sam Wijesinghe
Webdelico LLC

## RE: Global Brother SRL v. Wijesinghe, et al.; Case 1:25-cv-00878-UNA (DMCA I bookdelico.com)



| | |
|---|---|
| **From** | Jason L. DeFrancesco <jasond@defrancesco.law> |
| **To** | info@webdelico.com <info@webdelico.com> |
| **Cc** | DeFrancescoLaw <ipoffice@defrancesco.law> |
| **Date** | 09.10.2025 19:28 |

Dear Aruna Sam Wijesinghe,

Your below was sent the same day you were served the complaint (the time of which to respond has expired) – and **you have not updated the response or further inquired.**

While your sales confirmation is acknowledged, see section 504(c)(1) https://www.copyright.gov/title17/92chap5.html that applies to "any one work" (i.e., each work). There is more than one title involved here, and a sale is not necessarily required to constitute a violation. Accordingly, the proposed reimbursement or disqualification by you does not make sense. Global Brother is entitled reimbursement.

At this point, it would have been anticipated you had counsel / so it is unclear why a response has not been filed in view of default.

Regards,
Jason



Jason L. DeFrancesco
Attorney

✉ jasond@defrancesco.law
☎ +1 (910) 833-5428

**From:** info@webdelico.com <info@webdelico.com>
**Sent:** Thursday, September 11, 2025 1:15 PM
**To:** Jason L DeFrancesco <jasond@defrancesco.law>
**Cc:** DeFrancescoLaw <ipoffice@defrancesco.law>
**Subject:** Re: Global Brother SRL v. Wijesinghe, et al.; Case 1:25-cv-00878-UNA (DMCA I bookdelico.com)

Dear Jason / DeFrancescoLaw,

Although we were aware of this dispute and your follow-up emails since June 24, 2025, as well as anything regarding the lawsuit, these communications were missed and only came to our attention yesterday. The follow-up emails were all sent to bookdelico.com, which unfortunately were not forwarded to our two main daily-checked email accounts, arunasampath1@gmail.com and info@webdelico.com. We apologize for the delay in response and are now providing a full reply in the interest of resolving this matter amicably.

### Section 1: Response to Recent Email Body Regarding Counter-Notice

1. **Acquisition Source / Supplier Information / Chain of Custody:**
   All listings were created solely as part of updating our website with titles from Ingram's catalog. Specifically, we purchased **two Quantities of one title from Ingram on May 1, 2025, and no other books were purchased.** We can provide invoices for these purchases if requested.

2. **Total Number of Units Sold:**
   For most titles, we have **not sold any copies.** The exception is *The Best Home Apothecary: 500 Forgotten Powerful Remedies For Ultimate Health, Energy, Vitality, And Wellness Home Apothecary Book,* for which we sold **two units:**
   - May 24, 5:23 PM → 1 unit
   - May 31, 8:23 AM -- 1 unit

3. **Relevant Sales Data and Revenue Generated:**
   Total revenue from these two units, including shipping, is **$78.69.** All other titles have no sales or revenue.

4. **Reimbursement:**
   As only two units of the above title were sold, any reimbursement, if applicable, should be limited to these units. All other titles have no sales, so no reimbursement applies.

Additionally, we emailed Shopify today to withdraw the counter-notice submitted regarding these listings, demonstrating our willingness to cooperate promptly.

### Section 2: Response to June 24, 2025 Letter

1. **Cease and Desist / Withdrawal of Notices:**
   We are willing to withdraw any counter-notice(s) submitted via Shopify in connection with the takedown of these listings. As noted above, we emailed Shopify today to initiate the withdrawal.

2. **Compliance Confirmation:**
   We will provide confirmation of the withdrawal of our counter-notice(s) through Shopify once requested procedures are completed.

3. **Disclosure Requests:**
   - Inventory of Books in Possession or Control:
     We currently do not have any physical copies of the titles in question.
   - Source(s) of the Books:

other books were purchased. Invoices can be provided if required.
  ○ **Detailed Accounting of Sales, Revenue, and Profits:**
    For most titles, we have not sold any copies. The exception is *The Best Home Apothecary...*, for which we sold two units with total revenue of **$78.69**, including shipping.

## Reservation of Rights

Nothing in this email is intended to constitute an admission of liability, wrongdoing, or infringement of any kind. All rights, claims, and defenses are expressly reserved. Our responses are made in good faith to facilitate an amicable resolution and avoid unnecessary escalation.

## Request to Withdraw Lawsuit

In light of the above:

- Only two units were sold, with minimal revenue.
- All other titles were never sold, and no inventory exists.
- Counter-notice has been withdrawn today.

We respectfully request that Global Brother SRL withdraw the lawsuit filed in Delaware. Continuing litigation would likely result in unnecessary costs and delays for both parties, whereas withdrawal would resolve this matter efficiently.

We hope this clarification demonstrates our good faith effort to cooperate, and we look forward to your confirmation that the lawsuit can be withdrawn.

Sincerely,

Aruna Sam Wijesinghe

Webdelico LLC

46 Artisan DR.,

Unit 2

Smyrna

DE 19977.

On 11.09.2025 09:50, Jason L DeFrancesco wrote:

Sam,

You have been aware of the dispute since June. It is now September.

Complete responses to attached email body and the June 24 letter (attached in email) remain outstanding.

Attached Exhibit A are Global Brother works. Your attention is appreciated.

Regards,
Jason



Jason L. DeFrancesco
Attorney

✉ jasond@defrancesco.law
© +1 (910) 833-5428

**From:** info@webdelico.com <info@webdelico.com>
**Sent:** Thursday, September 11, 2025 8:36 AM
**To:** Jason L DeFrancesco <jasond@defrancesco.law>
**Subject:** Re: Global Brother SRL v. Wijesinghe, et al., Case 1:25-cv-00878-UNA (DMCA | bookdelico.com)

Dear Mr. DeFrancesco,

First, I would like to clarify that I did not intentionally neglect your prior communications. Unfortunately, I only became aware of this lawsuit when I received a notice through my Delaware business registration portal indicating there was an important matter requiring my attention. I had missed your earlier follow-up emails regarding withdrawal of the counter-notice, but I understand their importance now and I wish to resolve this matter promptly.

To avoid further dispute, I am willing to:

1. Withdraw the counter-notice filed with Shopify,
2. Permanently refrain from listing or selling any titles related to *The Lost Book of Herbal Remedies* or any other Global Brother works (We have already deleted these

Exhibit D

FILED

OCT 1 4 2025

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SLS

## RE: Global Brother SRL v. Wijesinghe, et al.; Case 1:25-cv-00878-UNA (DMCA I bookdelico.com)



| | |
|---|---|
| **From** | Jason L DeFrancesco <jasond@defrancesco.law> |
| **To** | info@webdelico.com <info@webdelico.com> |
| **Cc** | DeFrancescoLaw <ipoffice@defrancesco.law> |
| **Date** | 10.10.2025 12:39 |

Arun,

You were served September 10, 2025. That same day you represented (below email) you were "consulting" with legal counsel.**

To suggest Global Brother dismissed the case is unreasonable -- you and company did not respond, and are in default.

Please clarify all sales.

FRE 408. Global Brother remains open to resolution provided there is a written agreement that includes Defendants agree not to ever deal in any Global Brother works, and reimburse Global Brother its legal fees, related costs and damages incurred to date. If you intend to proceed in good faith toward resolution in this sense, I can communicate to Global Brother for instructions. Please advise.

Regardless of anything herein, you are in default and should hire counsel. **No waiver or other is made herein unless or until there is a signed agreement entered by all parties.

Regards,
Jason



Jason L. DeFrancesco
Attorney

✉ jasond@defrancesco.law
☏ +1 (910) 833-5428

**From:** info@webdelico.com <info@webdelico.com>
**Sent:** Friday, October 10, 2025 11:20 AM
**To:** Jason L DeFrancesco <jasond@defrancesco.law>
**Cc:** DeFrancescoLaw <ipoffice@defrancesco.law>
**Subject:** Re: Global Brother SRL v. Wijesinghe, et al.; Case 1:25-cv-00878-UNA (DMCA I bookdelico.com)

Dear Jason / DeFrancescoLaw,

Thank you for your message.

We were honestly surprised to receive your response today, as we had been under the impression that the lawsuit had already been withdrawn, based on our previous communication and the steps we took in good faith to comply.

As a small business, we take copyright concerns very seriously and have no intention of using or benefiting from anyone else's protected work. That is exactly why we withdrew our counter-notice with Shopify and provided full disclosure of our limited sales information in our last email.

We did not contact legal counsel because we truly believed this matter had been resolved and that our cooperation and clarification were sufficient to close the issue.

Please let us know if there is any remaining step needed from our side to help resolve this matter amicably. We are still committed to working in good faith and want to ensure this situation is handled properly and respectfully.

Thank you for your time and understanding.

Sincerely,
**Aruna Sam Wijesinghe**

**Webdelico LLC**

On 09.10.2025 19:28, Jason L DeFrancesco wrote:

> Dear Aruna Sam Wijesinghe,
>
> Your below was sent the same day you were served the complaint (the time of which to respond has expired) -- and you have not updated the response or further inquired.