IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**GLOBAL BROTHER SRL,**
Plaintiff,

v.

**ARUNA S. WIJESINGHE d/b/a bookdelico.com
and WEBDELICO LLC,**
Defendants.

Civil Action No. 1:25-cv-00878-MN

**FILED
NOV 03 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE**

## DEFENDANT'S REQUEST FOR LIMITED ADMINISTRATIVE RELIEF REGARDING WEBDELICO LLC FILINGS

### INTRODUCTION AND REQUEST

Defendant Aruna S. Wijesinghe appears pro se. Webdelico LLC, a named defendant, is a single-member, small Delaware limited-liability company engaged in online resale of books. Because corporations and LLCs must normally appear through counsel, Defendant respectfully requests limited administrative relief so that the Court does not enter default against Webdelico LLC while counsel is being retained.

Given the micro-business nature of Webdelico LLC and its current financial hardship, Defendant asks that the Court either:
1. Accept the contemporaneous pro se filings for Webdelico LLC for the limited purpose of avoiding technical default; or
2. Alternatively, allow a brief period (e.g., 30 days) for Webdelico LLC to secure counsel and file an appearance.

### GOOD CAUSE

1. Webdelico LLC is a single-member entity owned and managed by Defendant Aruna S. Wijesinghe.
2. The claims asserted against the LLC are identical to those asserted against Mr. Wijesinghe personally and arise from the same facts and transactions.
3. Webdelico LLC is a micro-retail operation with limited financial resources and is currently unable to retain counsel without first resolving immediate business liabilities.
4. Permitting temporary acceptance of the existing pro se filings will prevent unnecessary default proceedings, conserve judicial resources, and ensure that this matter is resolved on its merits rather than through procedural technicalities.

5. Defendant has acted in good faith throughout this litigation and seeks this relief solely to preserve Webdelico LLC's rights until counsel is retained.

**RELIEF REQUESTED**

Defendant respectfully requests that the Court:
1. Accept the pro se filings submitted by Aruna S. Wijesinghe as to Webdelico LLC for the limited purpose of avoiding default; or
2. In the alternative, stay any default-related proceedings and grant 30 days for Webdelico LLC to retain counsel and file an appearance; and
3. Grant such further relief as the Court deems just and proper.

**Respectfully submitted,**

/s/ Aruna S. Wijesinghe
Aruna S. Wijesinghe (Pro Se Defendant)
46 Artisan Drive, Unit 2
Smyrna, DE 19977
Phone: 484-838-9988
Email: arunasampath1@gmail.com | info@webdelico.com

Dated: October 31, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, I caused a true and correct copy of the foregoing "Defendant's Request for Limited Administrative Relief Regarding Webdelico LLC Filings" to be served via electronic mail upon the following:

Jason L. DeFrancesco, Esq.
DeFrancesco Law
Email: ipoffice@defrancesco.law

Daniel A. Taylor, Esq.
Smith, Katzenstein & Jenkins LLP
Email: dtaylor@skjlaw.com

/s/ Aruna S. Wijesinghe
Aruna S. Wijesinghe (Pro Se Defendant)
46 Artisan Drive, Unit 2
Smyrna, DE 19977
Email: arunasampath1@gmail.com | info@webdelico.com