**Aruna S. Wijesinghe**
46 Artisan Drive, Unit 2
Smyrna, DE 19977
Phone: 484-838-9988
Email: arunasampath1@gmail.com



October 31, 2025

**Clerk of Court**
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 18, Room 4209
Wilmington, DE 19801-3570

**RE: Global Brother SRL v. Aruna Wijesinghe and Webdelico LLC**
Case No. 1:25-cv-00878-MN
Subject: Filing of Defendant's Request for Limited Administrative Relief Regarding Webdelico LLC Filings

Dear Clerk of Court,

Enclosed please find the original signed Defendant's Request for Limited Administrative Relief Regarding Webdelico LLC Filings, together with the accompanying Certificate of Service, for filing in the above-captioned case.

I respectfully request that the enclosed motion be filed on the docket and that a file-stamped copy be returned to me in the enclosed self-addressed stamped envelope.

Please contact me at the phone number or email above if additional information is required.

Thank you for your attention and assistance.

Respectfully submitted,

/s/ Aruna S. Wijesinghe
Aruna S. Wijesinghe (Pro Se Defendant)