Webdelico LLC
46 Artisan Drive, Unit 2
Smyrna DE 19977

PHILADELPHIA PA 190
1 NOV 2025 PM 9 L

$1.32
US POSTAGE IMI
FIRST-CLASS
FROM 19977
10/31/2025
Stamps.com

CLERK OF COURT
J. CALEB BOGGS FEDERAL BUILDING
844 NORTH KING STREET,
UNIT 18 , ROOM 4209
WILMINGTON DE 19801-3519

FILED
NOV 0 3 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.S
X-RAY