# SMITH KATZENSTEIN JENKINS LLP

November 17, 2025

*Via CM/ECF*

The Honorable Maryellen Noreika
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, Delaware 19801

*Re:*   *Global Brother SRL v. Wijesinghe, et al.,* **C.A. No. 25-878-MN**

Dear Judge Noreika:

On November 3, 2025, in the above matter, Defendant Aruna Wijesinghe filed a motion for limited administrative relief regarding Webdelico LLC ("Webdelico") while the LLC retains counsel. (D.I. 13)

Plaintiff Global Brother SRL agrees that Webdelico cannot appear *pro se* and does not oppose extending time for the LLC to obtain counsel.

Counsel is available should Your Honor have any questions.

Respectfully,

*/s/ Daniel A. Taylor*

Daniel A. Taylor (No. 6934)
*Attorney for Plaintiff, Global Brother SRL*