Dear Clerk of Court,

Enclosed for filing in case No. 1:25-CV-00878 MN are two separate documents:

1. Defendant Aruna S. Wijesinghe's Motion for summary judgment (and supporting documents)

2. Defendant Webdelico LLC's motion for Extension of time to Retain Counsel.

Please docket these as separate events.

Thank you.

Aruna S. Wijesinghe.

