# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

GLOBAL BROTHER SRL,

Plaintiff,

v.

ARUNA SAMPATH WIJESINGHE d/b/a bookdelico.com,

and WEBDELICO LLC,

Defendants.

))))))))))

Civil Action No. 1:25-cv-00878-MN

**\*\*[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR CONDITIONAL EXTENSION OF TIME TO RETAIN COUNSEL FOR WEBDELICO LLC\*\***

Upon consideration of **Defendant Aruna Sam Wijesinghe's Motion for Conditional Extension of Time to Retain Counsel for Webdelico LLC**, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is **GRANTED**.

2. The deadline for Webdelico LLC to retain counsel and for counsel to enter an appearance is hereby **STAYED**.

3. Webdelico LLC shall have **30 days from the date of the Court's ruling** on Defendant Aruna Sam Wijesinghe's pending Motion for Summary Judgment to retain counsel and for counsel to enter an appearance.

4. Failure of Webdelico LLC to retain counsel within the extended timeframe may result in appropriate sanctions, including entry of default, without further notice.

IT IS SO ORDERED.


Hon. Maryellen Noreika

United States District Judge

Dated: _____