## CERTIFICATE OF SERVICE

I, Aruna Sampath Wijesinghe, hereby certify that on December 8, 2025, I caused a true and correct copy of the foregoing **Motion for Conditional Extension of Time to Retain Counsel for Webdelico LLC** to be served via email upon the following counsel of record:

**Jason L. DeFrancesco, Esq.**

DeFrancesco Law

Email: jasond@defrancesco.law

**Daniel A. Taylor, Esq.**

Smith, Katzenstein & Jenkins LLP

Email: dtaylor@skjlaw.com



Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), service by electronic mail is proper as counsel has previously consented to service by email in this matter.

Date: December 8, 2025

Smyrna, Delaware

**/s/ Aruna Sam Wijesinghe**

Aruna Sam Wijesinghe

Pro Se Defendant