Dear Clerk of Court,

Enclosed for filing in case No. 1:25-CV-00878 MN are two separate documents:

1. Defendant Aruna S. Wijesinghe's Motion for summary judgment (and supporting documents)

2. Defendant webdelico LLC's motion for Extension of time to Retain Counsel.

Please docket these as separate events.

Thank you.

Aruna S. Wijesinghe.



FILED
DEC 11 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE