**EXHIBIT INDEX**

**Defendant Aruna S. Wijesinghe – Motion for Summary Judgment**

**Civil Action No. 1:25-cv-00878-MN**



| Exhibit | Description |
|---|---|
| Exhibit A | Ingram Content Group Invoice – Proof of wholesale purchase of the "The Best Home Apothecary" title. |
| Exhibit B | Barnes & Noble Receipt – Retail purchase receipt confirming genuine, non-counterfeit stock. |
| Exhibit C | Delaware Business License for Webdelico LLC. |
| Exhibit D | Shopify Sales Report showing two (2) sales totaling $78.69. |
| Exhibit E - F | Screenshot of Ingram data highlighting EANs of alleged titles |
| Exhibit G | Shopify Trademark Notice #1 (Takedown Notice). |
| Exhibit H | Shopify Trademark Notice #2 (Takedown Notice). |
| Exhibit I | Shopify DMCA Copyright Notice. |
| Exhibit J | Email to Plaintiff's Counsel (June 24, 2025) confirming removal of all listings. |
| Exhibit K - L | Screenshots showing products removed |
| Exhibit M | Shopify Auto-Generated DMCA Counter-Notice. |
| Exhibit Ma | Shopify standard DMCA Counter-Notice form |
| Exhibit N | Shopify Confirmation of Counter-Notice Withdrawal (Sept. 11, 2025). |
| Exhibit O | Shopify standard response (Trademark Notice #1) |
| Exhibit P | Shopify confirmation of trademark response withdrawal |
| Exhibit Q | Email correspondence dated Nov 5–6, 2025, proving Plaintiff received invoices |
| Exhibit R | Screenshots of alleged titles currently for sale on Barnes & Noble, Walmart, and Ingram Content Group |

# EXHIBIT A

**Ingram Content Group Invoice**
Proof of wholesale sourcing for the "Forgotten Home Apothecary" title.

Exhibits

# INVOICE

**INGRAM**

**REMIT TO**
FED-ID
62-1632373
INGRAM BOOK COMPANY
P. O. BOX 277616
ATLANTA, GA     30384-7616
(800) 937-8200

| INVOICE | MO. | DAY | YEAR | BATCH | |
|---|---|---|---|---|---|
| 87898488 | 04 | 30 | 2025 | 311 | BK |

| ORDER ENTRY | | PAGE | TAX |
|---|---|---|---|
| NGM327DH | | 1 | 6 |

DUNS 12-157-3724

**SOLD TO** 20W8686          002INN
WEBDELICO LLC
80 TROUBLE LN
SMYRNA          DE          19977-1905

**SHIP TO** 20W8686-0000000 002
WEBDELICO LLC
46 ARTISAN DR UNIT 2
SMYRNA          DE          19977-05          CD          0.61

TERMS: 1% 10/NET 30 EOM
WE APPLY 1.5% SERVICE CHARGE TO PAST DUE INVOICES

| QUANTITY | | T/C | TITLE | | | | UNIT PRICE | % DISC. | UNIT PRICE (AFTER DISC.) | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | AUTHOR | | | | | | | | |
| | | | ITEMS BELOW FROM P.O. | | | IBCOE GM327 Y1AHV ORD | | DT: 04/29/25 | | |
| 1 | 1 | 065831432 | BEST HOME APOTHECARY | 7601 | Q 9798349278174 | | 35.00 | 20.0 | 28.00 | 28.00 |
| | | LPO | 08-13015-35124 | | | | | LN 0001 | | |
| | 1 | | RETAIL 35.00   AVG DISC 20.0% | | SUBTOTAL | | 35.00 | | | 28.00 |
| | | | NASHVIL VIA OSM MAIL | Y | | | | | | |
| | | | SHIP DATE 04/30   # | #CTNS | 1 WT   0 LBS | | | | | |
| | | | TRACKING # 9241990371977505107015 | | METER DATE 04/30/2025 | | | | | |

# EXHIBIT B

**Barnes & Noble Receipt**
Retail proof of sourcing of genuine, non-counterfeit inventory.

 Gmail

sam Wijesinghe <arunasampath1@gmail.com>

---

## Barnes & Noble Order Confirmation #4164585863

---

**Barnes & Noble** <barnesandnoble@t.barnesandnoble.com>
To: "info@webdelico.com" <info@webdelico.com>

Tue, May 27, 2025 at 12:29 PM



FIND YOUR STORE | VIEW IN BROWSER

# BARNES&NOBLE

BOOKS | eBOOKS | AUDIOBOOKS | TEENS & YA | KIDS | TOYS

## Order Confirmation

### Thanks for placing your order with us!

We'll send you a follow-up email when your order has shipped.
*Please note that items in your order may ship separately.*

---

**Order Summary**

**Order No.:** 4164585863

**Ship To:** Sam Wijesinghe, 46 Artisan Dr Unit 2, Smyrna, DE 19977, US
**Bill To:** Sam Wijesinghe, 46 Artisan Dr Unit 2, Smyrna, DE 19977, US
**Shipping Method:** Standard Shipping

| Item | | Qty | Price | Est. Delivery |
|---|---|---|---|---|
|  | The Best Home Apothecary: 500 Forgotten Powerful Remedies For Ultimate Health, Energy, Vitality, And Wellness Home Apothecary Book by Susan Nicole Paperback | 3 | $89.97 | 06/05/2025 |

Sub Total: $89.97

Shipping & Processing: $0.00

Tax: $0.00

**Order Total: $89.97**

visa (ending in 1270): $89.97

We've placed a temporary hold on your credit card for this order. Once your order ships, you will see the final charge to your payment method. For more information, please visit our Help Center.

B&N Rewards and Premium Members will earn stamps on eligible items as they ship.

If your order contains a pre-order, those items will not be available until their publication date(s).

Digital pre-orders will not appear on your NOOK or NOOK Reading App until the publication date(s).

NOOK magazine or newspaper subscriptions that qualify for a 14-day trial won't be billed until the trial ends.

## *More About Your Order*

### *Delivery Expectations*

We do our best to process and ship all our orders as quickly as possible. The estimated delivery date and the cost of shipping for your order depends on the selected Delivery Speed. For more information please visit Delivery Expectations.

### *Items in Your Order May Ship Separately*

While we aim to ship all items together, if you ordered multiple items, they may ship from separate warehouses, and may arrive in separate packages, and on separate dates.

### *Changes to Your Order*

In the interest of processing your order as quickly as possible, there is only a brief window of time where you will be able to modify or cancel your order after it has been

placed. Our fulfillment system will continue to process the order as you attempt to modify it, which may result in your changes not being applied. In some circumstances it can be worth checking with us if the order hasn't made it to our packing department yet. Please visit Cancel an Order for more details.

***Refund and Return Policies***

After receiving your items, if you are not satisfied you have the option to return them. Refunds and returns can only be processed when eligible items are returned using the appropriate method. If your return is shipped or brought to a store within 30 days (or 14 days for NOOK devices, or 60 days with a gift receipt) we will be happy to assist with a return. For more information please visit Refund and Return Policies.

Please note, transactions at bn.com now appear on your credit card statement as ***Barnes&Noble PaperSource***.

## *More Questions?*

Visit the B&N Help Center for the most frequently asked questions.

Thank you for shopping with us!

# BARNES&NOBLE



SEE ALL OF OUR UPCOMING EVENTS >

---

FREE CURBSIDE PICKUP
When You Buy Online, Pickup In Store (Where Available) SEE ALL >

FIND YOUR LOCAL B&N

     

# EXHIBIT C

**Delaware Business License – Webdelico LLC**
Proof of lawful business registration and operation.

.

Department of Finance
Division of Revenue
820 N French Street
PO Box 8763
Wilmington, DE 19899-8763





WEBDELICO LLC
46 ARTISAN DR UNIT 2
SMYRNA DE 19977-3711

08/06/2025

RE:  Delaware Business License
     RETAILER, GENERAL
     Notice Number:  10005242674

Dear Sir or Madam,

The enclosed State of Delaware business license must be posted in a public area at the location address listed on your license. Please be advised that license fees are not refundable should you decide to close your business prior to the license expiration date.



If you need a replacement for a lost, stolen, or destroyed license you may log in to our taxpayer portal at https://tax.delaware.gov where you can print a copy at no charge.  However, a $15 fee will be charged if you request an official copy of your business license through the mail or in one of our public service offices.  You will find the license reprint form at www.revenue.delaware.gov.  Please complete the form and return to the address listed on the form with the required $15 fee.  You will receive your replacement license within four weeks.

Please note that most licensees are required to pay either gross receipts or excise taxes in addition to the license fee.  You must file your taxes online by using our taxpayer portal, at https://tax.delaware.gov.  You must submit all business tax returns with the Division of Revenue under the same identification number.  If you are a sole proprietor and have a Federal Employer Identification Number (FEIN), please use this number and not your Social Security Number. However, sole proprietors with no employees are allowed to file using their Social Security Number.

To aid you in complying with the Delaware tax laws, sole proprietors, partnerships, or corporations having any income derived from sources in the state must report such income or loss by filing personal, partnership, or corporate income tax forms.

Please visit www.revenue.delaware.gov for helpful information such as tax tips, contact information, the Delaware Guide to Small Business, links to other State agencies, and access to the taxpayer portal.

If you need assistance, contact the Division of Revenue at (302) 577-8200, or visit our website: www.revenue.delaware.gov.

Respectfully,

Delaware Division of Revenue

Enclosure(s)

BT002 10/20/2022

# STATE OF DELAWARE

## Department of Finance
## Division of Revenue

### ACTIVE BUSINESS LICENSE
**2024908645**

| | |
|---|---|
| **EFFECTIVE** | **01/01/2025 - 12/31/2025** |
| **ISSUED TO** | **ARUNA WIJESINGHE**<br>**WEBDELICO LLC**<br>**46 ARTISAN DR UNIT 2**<br>**SMYRNA DE 19977-3711** |
| **LOCATION** | **WEBDELICO LLC**<br>**WEBDELICO LLC**<br>**46 ARTISAN DR UNIT 2**<br>**SMYRNA, DE 19977-3711** |
| **TRADE, BUSINESS, OR PROFESSIONAL ACTIVITY** | **RETAILER, GENERAL** |

**2025**

**ISSUED:** 08/02/2025
**FEE PAID:** $40.00

Is hereby licensed to practice, conduct, or engage in the occupation or business activity indicated above in accordance with the license application duly filed pursuant to Title 30, Delaware Code.

POST CONSPICUOUSLY - NOT TRANSFERABLE



# EXHIBIT D

**Shopify Sales Report**
Showing only two (2) sales totaling $78.69.

Book Delico · Orders · #SOP1072 · Shopify

✉ › **#SOP1072**

● Paid    ● Fulfilled    Archived
May 24, 2025 at 5:23 pm from Online Store



☑ Fulfilled                                                #SOP1072-F1

Delivered

⚠ Friday, June 13, 2025 (late)

🖨 USPS tracking: 9449050206217003058647

The Best Home Apothecary: 500
Forgotten Powerful Remedies For          $31.95 × 1    $31.95
Ultimate Health, Energy, Vitality,
And Wellness Home Apothecary
Book
9798349278174



**Customer**

1 order

**Contact information**                    🖉

No phone number

**Shipping address**                       🖉

**Billing address**

Same as shipping address

☑ **Paid**

| Subtotal | 1 item | $31.95 |
|---|---|---|
| Shipping | Economy (0.61 lb: Items 0.61 lb, Package 0.0 lb) | $5.99 |
| **Total** | | **$37.94** |
| Paid | | $37.94 |

**Timeline**



June 13

Shipment delivered email was sent to                    10:31 AM

Shipment out for delivery email was sent to             8:11 AM

May 29

This order was archived.                                 1:22 PM

Book Delico · Orders · #SOP1074 · Shopify

## ✉ › **#SOP1074**

● Paid   ● Fulfilled   Archived
May 31, 2025 at 8:23 am from ◎ Shop



| ✓ Fulfilled | #SOP1074-F1 |
|---|---|

**Delivered**

🚚 Wednesday, June 11, 2025 (on time)

📦 USPS tracking: 9449050206217003490638

📖 The Best Home Apothecary: 500 Forgotten Powerful Remedies For Ultimate Health, Energy, Vitality, And Wellness Home Apothecary Book
9798349278174    $31.95 × 1    $31.95

**Customer**

1 order

**Contact information** 🖉

No phone number

**Shipping address** 🖉

**Billing address**

### ✓ Paid

| Subtotal | 1 item | $31.95 |
|---|---|---|
| Shipping | Standard (0.61 lb: Items 0.61 lb, Package 0.0 lb) | $6.49 |
| Taxes | Kentucky State Tax 6% | $2.31 |
| Total | | $40.75 |
| Paid | | $40.75 |

## Timeline

June 11



Shipment delivered email was sent ... ).    11:40 AM

Shipment out for delivery email was sent to ... ).    8:34 AM

June 3

This order was archived.    9:17 AM

# EXHIBIT E-F

**Screenshot of Ingram data highlighting EANs of alleged titles**

Showing Showing how titles were auto-listed via bulk FTP data feed.





# EXHIBIT G

**Shopify Trademark Notice #1**
First trademark-related notic issued for Plaintiff's titles.

 Gmail                                          sam Wijesinghe <arunasampath1@gmail.com>

## Trademark Notice | Book Delico

**Shopify** <legal@shopify.com>                                    Wed, Jun 18, 2025 at 10:20 AM
Reply-To: legal@shopify.com
To: arunasampath1@gmail.com

> **Products on Book Delico are at risk of being suspended**
>
> We have received a trademark notice claiming that content on your
> Shopify store, Book Delico , is infringing on another company or person's
> intellectual property rights. You can view the reported products in your
> admin, and respond to the claims made in the notice using this form.
>
> If we don't receive a valid response from you by **June 20, 2025 UTC**, the
> content reported in the notice will be removed from your store.
>
> Shopify has a policy of terminating stores for repeat infringement, such as
> when multiple notices of alleged infringement are received.
>
> Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa
>
> ---
>
>  Learn more about Shopify's intellectual property policies and
> resolving terms violations.

 **shopify**

151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8



Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa

## Trademark Infringement Notice

**1. Trademark**

Trademark Owner:

Global Brother SRL

Company/Organization:

Global Brother SRL

**2. Trademarks**

What is the trademark?

Forgotten Home Apothecary – a registered trademark for an original publication
focused on natural healing and herbal medicine. The mark is used in connection with
educational books, printed and digital materials, and associated wellness content.

Country/countries the trademark is registered in:

US and EUIPO

Trademark registration number:
98712604 and 019064789

Category of products and/or services covered by the registration:
Books, publications, digital content, and educational materials in the field of herbal remedies, natural healing, and wellness.

### 3. Allegedly Infringing Content

Links to the allegedly infringing work:
- https://shop.app/products/9824014729501?variantId=49905573134621
- https://bookdelico.com/products/the-best-home-apothecary-500-forgotten-powerful-remedies-for-ultimate-health-energy-vitality-and-wellness-home-apothecary-book?_pos=1&_sid=54f5b1e90&_ss=r
- https://bookdelico.com/products/the-alchemists-home-apothecary-book-transformative-herbal-remedies-for-beauty-longevity-and-youthful-skin-lost-and-forgotten-home-apothecary-book?_pos=2&_sid=54f5b1e90&_ss=r
- https://bookdelico.com/products/mastering-the-art-of-healing-herbs-home-apothecary-book-200-herbal-formulas-remedies-for-mental-clarity-digestive-health-and-stress-relief-lost-and-forgotten-home-apothecary-book?_pos=3&_sid=54f5b1e90&_ss=r
- https://bookdelico.com/products/ancient-lost-home-apothecary-book-300-supreme-holistic-herbal-divine-natural-antibiotics-for-a-truly-healthy-life?_pos=4&_sid=54f5b1e90&_ss=r

### 4. Declarations

- I have a good faith belief that use of the content in the manner complained of is not authorized by the trademark owner, its agent, or the law.
- All of the information in this notification is accurate.
- I swear under penalty of perjury, that I am the owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

# EXHIBIT H

**Shopify Trademark Notice #2**
Second trademark-related notice

 **Gmail**

sam Wijesinghe <arunasampath1@gmail.com>

## Trademark Notice | Book Delico

**Shopify** <legal@shopify.com>
Reply-To: legal@shopify.com
To: arunasampath1@gmail.com

Fri, Jun 20, 2025 at 1:14 PM

**Products on Book Delico are at risk of being suspended**

We have received a trademark notice claiming that content on your
Shopify store, Book Delico , is infringing on another company or person's
intellectual property rights. You can view the reported products in your
admin, and respond to the claims made in the notice using this form.

If we don't receive a valid response from you by **June 22, 2025 UTC**, the
content reported in the notice will be removed from your store.

Shopify has a policy of terminating stores for repeat infringement, such as
when multiple notices of alleged infringement are received.

Ticket ID: 73517261-a9bf-4c2c-b620-c711759e7eb3

 Learn more about Shopify's intellectual property policies and
resolving terms violations.

 **shopify**

151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8



Ticket ID: 73517261-a9bf-4c2c-b620-c711759e7eb3

**Trademark Infringement Notice**

**1. Trademark**

Trademark Owner:

Global Brother SRL

Company/Organization:

Global Brother SRL

**2. Trademarks**

What is the trademark?

Forgotten Home Apothecary – a registered trademark for an original publication focused on natural healing and herbal medicine. The mark is used in connection with educational books, printed and digital materials, and associated wellness content.

Country/countries the trademark is registered in:

US and EUIPO

Trademark registration number:

98712604 and 019064789

Category of products and/or services covered by the registration:

Books, publications, digital content, and educational materials in the field of herbal remedies, natural healing, and wellness.

**3. Allegedly Infringing Content**

Links to the allegedly infringing work:

- https://shop.app/products/9876489077021?variantId=50077429301533
- https://bookdelico.com/products/forgotten-apothecary-book-of-lost-remedies-complete-herbal-and-natural-remedies-from-a-lost-home?_pos=8&_sid=a4c9bbfa7&_ss=r
- https://bookdelico.com/products/the-best-home-apothecary-500-forgotten-powerful-remedies-for-ultimate-health-energy-vitality-and-wellness-home-apothecary-book?_pos=12&_sid=a4c9bbfa7&_ss=r
- https://bookdelico.com/products/ancient-lost-home-apothecary-book-300-supreme-holistic-herbal-divine-natural-antibiotics-for-a-truly-healthy-life?_pos=15&_sid=a4c9bbfa7&_ss=r

**4. Declarations**

- I have a good faith belief that use of the content in the manner complained of is not authorized by the trademark owner, its agent, or the law.
- All of the information in this notification is accurate.
- I swear under penalty of perjury, that I am the owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

# EXHIBIT I

**Shopify DMCA Copyright Notice**
Copyright takedown notice relating to Plaintiff's works.

 Gmail

sam Wijesinghe <arunasampath1@gmail.com>

## DMCA copyright notice I bookdelico.com

**Shopify** <legal@shopify.com>
Reply-To: legal@shopify.com
To: arunasampath1@gmail.com

Mon, Jun 23, 2025 at 2:24 PM

**Products on Book Delico have been suspended**

We received a valid DMCA copyright notice claiming that content on your Shopify store, bookdelico.com, is infringing another company or person's intellectual property rights.

**The content reported in the notice has been removed from your store.** You can view the products that were removed from your store here.

If you believe the content removal was an error, you can send a counter notice explaining why. If the counter notice is valid and contains all of the below information, then generally you will be allowed to repost the content in 10 business days.

- The legal name and sufficient contact information of the person submitting the counter notice.
- Identification of the content that has been removed and the original location of the content before it was removed.
- A statement under penalty of perjury that you have a good faith belief that the content was removed as a result of a mistake or misidentification.
- A statement that you consent to the jurisdiction of Federal District Court for the judicial district in which your address is located or, if your address is located outside of the United States, you consent to jurisdiction of the Federal District Court for the District of Delaware, and a statement that you accept service of process from the party who submitted the copyright notice or its agent.
- Your physical or electronic signature.

As a reminder, Shopify has a policy of terminating stores for repeat infringement in appropriate circumstances, such as where we have received several notices of alleged infringement that are not countered by the store.

Ticket ID: 56dca5cc-0047-47df-9845-440e6143c919

ⓘ Learn more about Shopify's intellectual property policies.



151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8



Ticket ID: 56dca5cc-0047-47df-9845-440e6143c919

## DMCA Takedown Notice

### 1. Copyright

Copyright Owner:

Global Brother SRL

Company/Organization:

Global Brother SRL

### 2. Original Work

Links to the original work:

- https://www.forgottenhomeapothecary.com/brain/

### 3. Allegedly Infringing Content

Links to the allegedly infringing work:

- https://shop.app/products/9876531085597?variantId=50077557031197
- https://bookdelico.com/products/lost-book-of-complete-herbal-and-natural-remedies-heal-from-diseases-and-illnesses-naturally-and-correctly?_pos=11&_sid=05f6498e9&_ss=r
- https://bookdelico.com/products/lost-manual-of-herbal-remedies-2-discover-additional-natural-herbs-for-holistic-health?_pos=1&_sid=ff846b680&_ss=r

### 4. Declarations

- I have a good faith belief that use of the content in the manner complained of is not authorized by the copyright owner, its agent, or the law.
- All of the information in this notification is accurate.
- I swear under penalty of perjury, that I am the owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

# EXHIBIT J

**Email to Plaintiff's Counsel Confirming Removal**
June 24 message confirming immediate removal of all listings

11/6/25, 10:21 AM                Gmail - Fwd: FW: Trademark Infringement Notice | bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4338f8-c031-4a26-b…

 **Gmail**                                                    devika Gunarathne <devisripali@gmail.com>

## Fwd: FW: Trademark Infringement Notice | bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa

**sam Wijesinghe** <arunasampath1@gmail.com>                          Fri, Oct 10, 2025 at 12:02 PM
To: devika Gunarathne <devisripali@gmail.com>

---------- Forwarded message ---------
From: **sam Wijesinghe** <arunasampath1@gmail.com>
Date: Tue, Jun 24, 2025 at 9:05 AM
Subject: Re: FW: Trademark Infringement Notice | bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID:
cd4338f8-c031-4a26-b998-673c47f516aa
To: Jason L DeFrancesco <jasond@defrancesco.law>

Dear Jason,

We understand that this book was copyrighted one and removed from our catalog.

We are authorized retailers for more than 100 book publisher networks in the USA and canada.

I think Shopify wants us to respond to the case unless they are suspending our account.

We only provided the details that we took the book from an authorized wholesaler and distributed without knowing that it
was copyrighted one.

 If there is anything mistakenly listed in future , kindly let us know. We are gladly removing these books from our
product catalog.

Thank you for your understanding.

Sincerely,
sam'

On Tue, Jun 24, 2025 at 5:33AM Jason L DeFrancesco <jasond@defrancesco.law> wrote:

> **Global Brother Srl adv Sam Wijesinghe et al.;**
>
> **Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa**
>
> Dear Sam Wijesinghe,
>
> Attached is a communication on behalf of Global Brother SRL regarding your unauthorized use of its work on Shopify.
>
> I look forward to your response.
>
> Regards,

# EXHIBIT K-L

**Screenshots – Product Removal (Set 1)**
Visual proof that disputed titles no longer appear on the site.





No results found for "9798349278174". Check the spelling or use a different word or phrase.

# EXHIBIT M

**Shopify Auto-Generated DMCA Counter-Notice**
Standard template form automatically generated by Shopify.



**Date:** October 29, 2025

**DMCA Counter Notice | bookdelico.com**

## 1. Shopify Merchant Contact Information

First Name:

Aruna

Last Name:

Wijesinghe

Phone:

4848389988

Email:

info@bookdelico.com

Address:

46 Artisan Drive

unit 2

City:

Smyrna

ZIP/Postal Code::

19977

Country:

United States

State/Province:

Delaware

## 2. Material(s) Subject to the Counter Notice

Report ID:

56dca5cc-0047-47df-9845-440e6143c919

• https://bookdelico.com/products/lost-book-of-complete-herbal-and-natural-remedies-heal-from-diseases-and-illnesses-naturally-and-correctly?_pos=11&_sid=05f6498e9&_ss=r

### 3. Declarations

• I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.

• I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.

• I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

### 4. Electronic Signature

Aruna Wijesinghe

# EXHIBIT Ma

**Shopify standard DMCA Counter-Notice form**

Proof that defendant did not write the counter notice him self, rather it is a platform generated standard form.

12/6/25, 8:17 AM                                         Counter Notice

 **shopify**                         Ticket ID: 56dca5cc-0047-47df-9845-440e6143c919

# DMCA Counter Notice

A Shopify merchant that has received a DMCA Takedown Notice may submit a
counter notice pursuant to sections 512(g) of the DMCA. To submit a counter
notice, the merchant must provide all the information specified below.

*Please ensure that you understand the declarations you are making in this
form and that all information provided in this form is true and accurate as
any false statements are punishable by law. If you are unsure whether you should
submit this form, please first contact a lawyer.*

## Contact information

Provide your business contact information below (or your contact information, if acting in an individual
capacity).

Aruna

Wijesinghe

4848389988

info@bookdelico.com

46 Artisan Drive

unit 2

Smyrna

19977

12/6/25, 8:17 AM                                    Counter Notice

| United States |
| --- |

| Delaware |
| --- |

| Company/Organization (optional) |
| --- |

# Allegedly Infringing Content

Identification of the content that has been removed and the original location
of the content before it was removed:

https://bookdelico.com/products/lost-book-of-complete-herbal-and-natural-remedies-heal-from-diseases-and-illnesses-naturally-and-correctly?_pos=11&_sid=05f6498e9&_ss=r

- [ ] https://shop.app/products/9876531085597?variantId=50077557031197
- [ ] https://bookdelico.com/products/lost-manual-of-herbal-remedies-2-discover-additional-natural-herbs-for-holistic-health?_pos=1&_sid=ff846b680&_ss=r

# Additional Context

| (optional) |
| --- |

# Declarations

- [ ] I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- [ ] I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- [ ] I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

# Electronic Signature

12/6/25, 8:17 AM                                                    Counter Notice

Typing your name in the box below will act as your electronic signature. A copy of this counter notice, including any contact information provided above, may be provided to the person that filed the DMCA Takedown Notice.

Signature

Submit

If you don't want to use our online form, please provide all of the information requested to our Designated Agent:

Shopify Trust & Safety
Shopify Inc.
151 O'Connor Street
Ground floor
Ottawa, Ontario, K2P 2L8
Canada
Email: legal@shopify.com

# EXHIBIT N

**Shopify Confirmation – Counter-Notice Withdrawal**
September 11, 2025 confirmation sent to Plaintiff.

 Gmail

sam Wijesinghe <arunasampath1@gmail.com>

## DMCA copyright notice I bookdelico.com

**Shopify** <legal@shopify.com>
Reply-To: legal@shopify.com
To: arunasampath1@gmail.com

Thu, Sep 11, 2025 at 12:28 PM

Hi there,

Thank you for letting us know that you would like to withdraw the counter notice on Ticket ID: 56dca5cc-0047-47df-9845-440e6143c919 . We have notified the party that submitted the *Digital Millennium Copyright Act* takedown notice and the content reported in the notice must remain offline.

Shopify Trust & Safety
Ticket ID: 56dca5cc-0047-47df-9845-440e6143c919

[Quoted text hidden]



**Date:** October 29, 2025

## Information about this notice

Hi there,

Thank you for letting us know that you would like to withdraw the counter notice on Ticket ID: 56dca5cc-0047-47df-9845-440e6143c919 . We have notified the party that submitted the _Digital Millennium Copyright Act_ takedown notice and the content reported in the notice must remain offline.

Shopify Trust & Safety

Ticket ID: 56dca5cc-0047-47df-9845-440e6143c919

## DMCA Takedown Notice

**1. Copyright**

Copyright Owner:
Global Brother SRL

Company/Organization:
Global Brother SRL

**2. Original Work**

Links to the original work:

- https://www.forgottenhomeapothecary.com/brain/

### 3. Allegedly Infringing Content

Links to the allegedly infringing work:

- https://shop.app/products/9876531085597?variantId=50077557031197
- https://bookdelico.com/products/lost-book-of-complete-herbal-and-natural-remedies-heal-from-diseases-and-illnesses-naturally-and-correctly?_pos=11&_sid=05f6498e9&_ss=r
- https://bookdelico.com/products/lost-manual-of-herbal-remedies-2-discover-additional-natural-herbs-for-holistic-health?_pos=1&_sid=ff846b680&_ss=r

### 4. Declarations

- I have a good faith belief that use of the content in the manner complained of is not authorized by the copyright owner, its agent, or the law.
- All of the information in this notification is accurate.
- I swear under penalty of perjury, that I am the owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

# EXHIBIT O

**Shopify Standard Response to Trademark Notice #1**
Form response originally submitted, later withdrawn.

# Response to trademark or trade dress infringement notice

A Shopify merchant that has received a trademark or trade dress infringement notice may submit a response to the trademark or trade dress infringement notice by providing the information specified below.

*Please note that if you materially misrepresent that a product or activity is not infringing upon the trademark rights of a third party, whether in a response or otherwise, you may be liable for damages (including costs and attorneys' fees). If you are unsure whether the material infringes on third party intellectual property rights, please contact a lawyer before submitting your Response.*

## Contact information

Please provide your contact information below. Note that your contact information may be provided to the person that submitted the trademark or trade dress infringement notice against which you are responding.

Aruna

Wijesinghe

4848389988

info@bookdelico.com

46 Artisan Drive

unit 2

12/6/25, 8:33 AM                           Response to trademark or trade dress infringement notice

Smyrna

19977

United States

Delaware

Company/Organization (optional)

# Response to alleged infringement

For each trademark identified in the complainant's trademark or trade dress infringement notice,
please provide your response as to why your use of the allegedly infringing trademark or trade dress
does not constitute trademark or trade dress infringement.
Note: Each trademark or trade dress should correspond to a trademark or trade dress identified in the
trademark or trade dress infringement notice that you received.

Reported trademark or trade dress

Response

# Declarations

☐ I consent to the jurisdiction of the Federal District Court for the judicial district in which my address
listed above is located or, if my address listed above is located outside of the United States, I
consent to the jurisdiction of the Federal District Court for the District of Delaware.

☐ I will accept service of process from the party who submitted the trademark or trade dress
infringement notice referred to above or its agent.

Response to trademark or trade dress infringement notice

☐ I swear, under penalty of perjury, that I have a good faith belief that the affected content was
removed as a result of a mistake or misidentification of the content to be removed.

# Electronic Signature

Typing your name in the box below will act as your electronic signature.

> Signature

> Submit

If you don't want to use our online form, please provide all of the information requested to our
Designated Agent:

Shopify Trust & Safety
Shopify Inc.
151 O'Connor Street
Ground floor
Ottawa, Ontario, K2P 2L8
Canada
Email: legal@shopify.com

# EXHIBIT P

**Shopify Confirmation – Withdrawal of Trademark Response**
Written confirmation that Shopify notified Plaintiff of withdrawal.



**Date:** December 03, 2025

**Information about this notice**

**Response for Book Delico  has been withdrawn**

Thank you for informing us of your intention to withdraw the <u>response</u> on  Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa . **The reported content must remain offline.**

Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa

**Trademark Infringement Notice**

**1. Trademark**

 Trademark Owner:

 Global Brother SRL

 Company/Organization:

 Global Brother SRL

**2. Trademarks**

 What is the trademark?

 Forgotten Home Apothecary – a registered trademark for an original publication focused on natural healing and herbal medicine. The mark is used in connection with educational books, printed and digital materials, and associated wellness content.

 Country/countries the trademark is registered in:

 US and EUIPO

Trademark registration number:

98712604 and 019064789

Category of products and/or services covered by the registration:
Books, publications, digital content, and educational materials in the field of herbal remedies, natural healing, and wellness.

## 3. Allegedly Infringing Content

Links to the allegedly infringing work:

- https://shop.app/products/9824014729501?variantId=49905573134621
- https://bookdelico.com/products/the-best-home-apothecary-500-forgotten-powerful-remedies-for-ultimate-health-energy-vitality-and-wellness-home-apothecary-book?_pos=1&_sid=54f5b1e90&_ss=r
- https://bookdelico.com/products/the-alchemists-home-apothecary-book-transformative-herbal-remedies-for-beauty-longevity-and-youthful-skin-lost-and-forgotten-home-apothecary-book?_pos=2&_sid=54f5b1e90&_ss=r
- https://bookdelico.com/products/mastering-the-art-of-healing-herbs-home-apothecary-book-200-herbal-formulas-remedies-for-mental-clarity-digestive-health-and-stress-relief-lost-and-forgotten-home-apothecary-book?_pos=3&_sid=54f5b1e90&_ss=r
- https://bookdelico.com/products/ancient-lost-home-apothecary-book-300-supreme-holistic-herbal-divine-natural-antibiotics-for-a-truly-healthy-life?_pos=4&_sid=54f5b1e90&_ss=r

## 4. Declarations

- I have a good faith belief that use of the content in the manner complained of is not authorized by the trademark owner, its agent, or the law.
- All of the information in this notification is accurate.
- I swear under penalty of perjury, that I am the owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

# EXHIBIT Q

**Email correspondence dated Nov 5–6, 2025,**

Proof that defendant produce and sent evidences to plaintiff within 24 hours those were requested.

## Re: Trademark Infringement Notice | bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa

| | |
|---|---|
| **From** | <info@webdelico.com> |
| **To** | Jason L DeFrancesco <jasond@defrancesco.law>, Dtaylor <dtaylor@skjlaw.com> |
| **Cc** | DeFrancescoLaw <ipoffice@defrancesco.law>, sam Wijesinghe <arunasampath1@gmail.com> |
| **Date** | 06.11.2025 10:44 |
| **Priority** | Highest |

🗎 Wijesinghe Production for Settlement−Lawful Sourcing Exhibits.pdf (~1.4 MB)

TO: Jason L. DeFrancesco, Esq. CC: Daniel A. Taylor, Esq. FROM: arunasampath1@gmail.com

SUBJECT: FRE 408: Production of Documents in Global Brother SRL v. Aruna Wijesinghe et al. (Case 1:25-cv-00878-MN)

Dear Mr. DeFrancesco,

This email acknowledges receipt of your request dated November 4, 2025. This production is made pursuant to Federal Rule of Evidence 408 and is for settlement purposes only.

In the interest of efficiency and moving toward an amicable resolution, I have compiled the requested materials into the attached single PDF file, organized by category.

### 1. Sourcing Documents (Genuine Product Origin)

We have included documents demonstrating that the titles were lawfully procured from authorized channels. This production includes an invoice from our primary wholesale distributor, **Ingram Content Group**, and receipts from **Barnes & Noble** that reflect the purchases made to fulfill the two specific customer orders placed on our website in May 2025.

Our business relies solely on authorized distributor catalogs and feeds for inventory listings, a standard practice in the retail book industry. This confirms the products were **genuine, non-counterfeit copies**.

### 2. Sales and Removal Confirmations (De Minimis Damages & Good Faith)

Also attached are:

- A summarized report reflecting the total sales of the single title in question (two copies, totaling **$78.69 in gross revenue**).

- The **Confirmation of Immediate Removal**. Because standard e-commerce platforms do not issue automated confirmation notices upon manual product deletion, we have provided the best available evidence of good faith: the **email communication sent to Plaintiff's counsel** in June 2025 confirming that all listings were immediately removed, and a **screenshot of the website** demonstrating the absence of the listing thereafter. (Note: All customer PII has been redacted from sales reports for privacy.)

### Conclusion and Counter-Proposal: No Monetary Payment

The attached documentary evidence conclusively confirms the non-willful nature of the listing, the negligible $78.69 in gross revenue, and, critically, the **lawful, genuine origin of the books**. Plaintiff has provided **no evidence** that Webdelico LLC reproduced, altered, or counterfeited any product.

Given the complete absence of liability and measurable damages, I cannot and will not agree to any monetary payment.

My counter-proposal for final resolution remains **firm and non-negotiable**:

1. **Both parties execute a mutual stipulation of dismissal with prejudice.**

2. **Each party bears its own legal fees and costs.**

3. **No monetary payment or admission of liability by Defendants.**

We kindly ask that you review this conclusive evidence and advise us that the Plaintiff agrees to dismissal on these terms.

Thank you for your prompt attention to this matter.

Sincerely,

Aruna Sam Wijesinghe (Pro Se) 46 Artisan Drive, Unit 2 Smyrna, DE 19977 Phone: 484-838-9988 Email: arunasampath1@gmail.com | info@webdelico.com

On 05.11.2025 22:00, Jason L DeFrancesco wrote:

> Dear Aruna Sampath Wijesinghe,
>
> Thank you for your response. In order to continue and evaluate resolution, please provide the following within 7 days (PDFs or clear screenshots are fine):
>
> - Proof of purchase from distributor(s): invoices, receipts, or order confirmations showing where and when the titles were obtained (e.g., Ingram, Barnes & Noble, Walmart, or other distributors).
> - Proof of sales: a brief summary or report reflecting any sales of the titles (quantities and approximate dates).

12/6/25, 8:36 AM                    Roundcube Webmail :: RE: Trademark Infringement Notice I bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4338f8-c031-4a26-b998-67...

## RE: Trademark Infringement Notice | bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa



| | |
|---|---|
| **From** | Jason L DeFrancesco <jasond@defrancesco.law> |
| **To** | info@webdelico.com <info@webdelico.com> |
| **Cc** | DeFrancescoLaw <poffice@defrancesco.law>, sam Wijesinghe <arunasampath1@gmail.com> |
| **Date** | 05.11.2025 22:00 |
| **Priority** | Highest |

Dear Aruna Sampath Wijesinghe,

Thank you for your response. In order to continue and evaluate resolution, please provide the following within 7 days (PDFs or clear screenshots are fine):

- Proof of purchase from distributor(s): invoices, receipts, or order confirmations showing where and when the titles were obtained (e.g., Ingram, Barnes & Noble, Walmart, or other distributors).
- Proof of sales: a brief summary or report reflecting any sales of the titles (quantities and approximate dates).
- Platform confirmations: any communication or account notice from Shopify (or other platforms) confirming when the listings were removed or disabled.

If these materials are already organized "for the Court's review," please share them now or confirm immediate access. Subject to your complete and prompt production, Global Brother is willing to reduce its settlement demand as part of working toward an amicable resolution. **(This communication is made pursuant to FRE 408.)**

Please upload materials by reply email, or via a link to a shared folder, and let me know if you need a secure upload link.

Regards,
Jason



Jason L. DeFrancesco
Attorney

✉ jasond@defrancesco.law
✆ +1 (910) 833-5428

**From:** info@webdelico.com <info@webdelico.com>
**Sent:** Tuesday, November 4, 2025 2:13 PM
**To:** Jason L DeFrancesco <jasond@defrancesco.law>; Dtaylor <dtaylor@skjlaw.com>
**Cc:** DeFrancescoLaw <poffice@defrancesco.law>; sam Wijesinghe <arunasampath1@gmail.com>
**Subject:** Re: Trademark Infringement Notice I bookdelico.com; Global Brother Srl adv Sam Wijesinghe; Ticket ID: cd4338f8-c031-4a26-b998-673c47f516aa

November 4, 2025

VIA EMAIL ONLY

Jason L. DeFrancesco, Esq. DeFrancesco Law [jasond@defrancesco.law]

Cc: Daniel A. Taylor, Esq. Smith, Katzenstein & Jenkins, LLP [dtaylor@skjlaw.com]

Dear Counsel,

This correspondence is sent **WITHOUT PREJUDICE** pursuant to Federal Rule of Evidence 408 and should not be construed as an admission of liability or fact.

I acknowledge receipt of your settlement demand of $20,000, which is respectfully **rejected**. The factual and documentary evidence available to the defense demonstrates that Plaintiff has suffered no measurable damages, and no willful infringement or counterfeiting ever occurred.

We outline the core factual defenses below.

### 1. SOURCING AND LEGITIMATE DISTRIBUTION

All products referenced in this case were obtained exclusively through legitimate wholesale and retail sources, including **Ingram Content Group** and **Barnes & Noble**.

Invoices and purchase confirmations are organized and available for the Court's review. These documents establish that every item sold was a **legitimate printed copy** supplied by major U.S. distributors—not a counterfeit, pirated, or derivative work. This directly negates the element of reproduction or unlawful manufacture required for any finding of infringement.

### 2. LIMITED SALES AND ABSENCE OF DAMAGES

The total number of relevant sales was **two copies** of the title "The Best Home Apothecary: 500 Forgotten Powerful Remedies for Ultimate Health, Energy, Vitality, and Wellness Home Apothecary Book." Both copies were sourced through Ingram and Barnes & Noble. Total revenue from these two transactions was under $80.

Given this negligible commercial impact, Plaintiff cannot credibly claim $20,000 in damages or any lost market value.

# EXHIBIT R

**Screenshots of alleged titles currently for sale on major retailer websites including Barnes & Noble and Walmart**

Proof that defendants had NO "willful counterfeiting".





Home > Books

**The Best Home Apothecary: 500 Forgotten Powerful Remedies For Ultimate Health, Energy, Vitality, And Wellness Home Apothecary Book**

by Susan Nicole

★★★★  4.0 (8)   Write A Review

**Paperback**

**$29.99**

Hardcover $35.00 | Paperback $29.99

View All Available Formats & Editions

Premium Members get an additional **10% off** AND collect stamps to save with **Rewards**. 10 stamps = $5 reward  Learn more

SHIP THIS ITEM
In stock. Ships in 1-2 days.

ADD TO CART



**Product Detail (1 of 1)**

return to list

**The Lost Book of Complete Herbal and Natural Remedies: Heal from Diseases and Illnesses Naturally and Correctly** - Waiting for Publisher Reprint
**Contributor(s):** Reynold, Mercy (Author)

Use Hard-To-Find Books to search for rare, out-of-print, and Hard-To-Find Books like this one. Search Hard-To-Find Books for this title.

**ISBN:** 1300297913  **EAN:** 9781300297918
**Publisher:** Lulu.com
**US SRP:** $26.99 US  - (Discount: 20%)
**Binding:** Paperback
**Pub Date:** May 02, 2025

**Selection List Options**

Add to Selection List:
Choose List

Note (optional):

Qty:
001

Add to
View Other List:          ×     Chat

**Additional Information**



barnesandnoble.com/w/mastering-the-art-of-healing-herbs-home-apothecary-book-barbara-green/1147262099

STORES & EVENTS | MEMBERSHIP | B&N READS BLOG | PODCAST | SWEEPSTAKES | GIFT CARDS

MY ACCOUNT | WISHLIST

# BARNES & NOBLE

All | Search by Title, Author, Keyword or ISBN

0

Books | Fiction | Nonfiction | eBooks | Audiobooks | Teens & YA | Kids | Toys & Games | Stationery & Gifts | Music & Movies

THE BARNES & NOBLE
**HOLIDAY GIFT GUIDE**    SHOP NOW

Home > Books

Mastering the Art
of Healing Herbs
Home Apothecary Book

**200**
Herbal Formulas & Remedies for
Mental Clarity, Digestive Health,
and Stress Relief

Barbara Green

## Mastering the Art of Healing Herbs Home Apothecary Book: 200 Herbal Formulas & Remedies for Mental Clarity, Digestive Health, and Stress Relief

by Barbara Green

Write A Review

**Paperback**

## $29.99

| Hardcover $35.00 | Paperback $29.99 |

View All Available Formats & Editions

Learn more

---

**SHIP THIS ITEM**
In stock. Ships in 1-2 days.

ADD TO CART



Home > Books



### Ancient Lost Home Apothecary Book: 300 Supreme Holistic Herbal & Divine Natural Antibiotics For A Truly Healthy Life

by Barbara Green

★★★★★  5.0 (1)   Write A Review

**Paperback**
**$29.99**

| Hardcover $35.00 | Paperback $29.99 |

View All Available Formats & Editions

Learn more

---

SHIP THIS ITEM

In stock. Ships in 1-2 days

**ADD TO CART**



ipage.ingramcontent.com/ipage/productdetail?queryString=H4sIAAAAAAAA_6tWKk5RskpLzCIO1VEqKFGyUnLMyVECMouriKyMTiGMHKCYp...

utilities  Healthinsurance  hbg  s&s  harper  auto  mps  tyn  soc  townofsmyrna  ebay-transaction  walmart  PRH Biz

Browse | Search | Orders | Curated Lists | Reports | IPS | My Account        Home | Lists | 🛒 | Help | Logout

INGRAM CONTENT GROUP    *i*page    [Find My Order]

WEBDELICO LLC
Account Number:
User
Change User

Search 🔍

Turn Search Options ON

**Product Detail (1 of 1)**

Direct to Home
Ship this title anywhere in the world.

return to list

### The Lost Manual of Herbal Remedies 2: Discover Additional Natural Herbs for Holistic Health
Contributor(s): Partida, Paul (Author)

ISBN: 1300614056   EAN: 9781300614050
Publisher: Lulu.com
US SRP: $14.64 US  -  (Discount: 20%)
Binding: Paperback
Pub Date: February 02, 2025

This item is **Not Returnable**

Buy Wholesale

Qty   1    [Add to Cart]

| DC | On Hand | On Order |
|---|---|---|
| PA PRIMARY | 64 | 0 |
| TN SECONDARY | 78 | 0 |
| IN | 0 | 0 |
| OR | 0 | 0 |

Available to ship with  × rt  Chat
Actual ship date is based on your o  .ne

**Additional Information**



Books › Health, Family & Lifestyle › Illnesses & Conditions › Cancer



# The Lost Manual of Herbal Remedies 2: Discover Additional Natural Herbs for Holistic Health
Paperback – 2 February 2025

by Paul Partida (Author)

Take a trip into the lush, colorful realm of nature's pharmacy with The Lost Manual of Herbal Remedies 2: Discover Additional Natural Herbs for Holistic Health. This thorough book provides access to a multitude of information about lesser-known and recently discovered herbs that can revolutionize your perspective on health and well-being. This volume explores the rich history, cultural relevance, and powerful healing qualities of a variety of herbal treatments, building on the knowledge of its predecessor. This book provides priceless insights and useful advice to improve your holistic health practices, regardless of your level of experience with herbal remedies or your level of familiarity with natural medicine. More than just a reference book, The Lost Manual of Herbal Remedies 2 is a manual for leading a more balanced, healthful life. You can incorporate the wisdom of herbal medicine into your everyday practice and rediscover nature's healing gifts with the help of the information and resources offered. This book provides a route to natural, holistic health, whether your goal is to improve your well-being, manage chronic diseases, or strengthen your immune system. Learn the secrets of the most potent plants on the planet and how they can help you on your path to health and vigor.

🏴 Report an issue with this product

| Print length | Language | Publication date | Dimensions | ISBN-10 |
|---|---|---|---|---|
| 66 pages | English | 2 February 2025 | 5.98 x 0.15 x 9.02 inches | 1300614056 |









Barbara Green

**The Alchemist&apos;s Home Apothecary Book:**
**Transformative Herbal Remedies for Beauty, Longevity,**
**and Youthful Skin (Lost, (Paperback)**

⭐ (No ratings yet)

### About this item

- The Alchemist's Home Apothecary Book: Transformative Herbal Remedies for Beauty, Longevity, and Youthful Skin (Lost, (Paperback)
- Author: Natural Health Books
- ISBN: 9798349278327
- Format: Paperback
- Publication Date: 2025-04-10
- Page Count: 202

View full item details

### At a glance

| Book format | Fiction/nonfiction | Genre |
|---|---|---|
| Paperback | Non-Fiction | Health, Mind & Body |

**$38.92**
Price when purchased online ⓘ

**Out of stock**

☑ Notify me when it is back in stock    Notify me

### How you'll get this item:

| Shipping Out of stock | Pickup Not available | Delivery Not available |
|---|---|---|

Out of stock

Report an issue with this seller

♡ Add to list        Add to registry



Cyber Deal
**$29.60** $37.00
You save $7.40

