IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

GLOBAL BROTHER SRL, Plaintiff, v. ARUNA SAMPATH WIJESINGHE d/b/a bookdelico.com, and WEBDELICO LLC, Defendants.

Civil Action No. 1:25-cv-00878-MN

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Defendant Aruna Sampath Wijesinghe's Motion for Summary Judgment, and any response thereto, and finding that there is no genuine dispute as to any material fact and that the Defendant is entitled to judgment as a matter of law;

IT IS HEREBY ORDERED that:

1. Defendant's Motion for Summary Judgment is **GRANTED**.

2. All claims against Defendant Aruna Sampath Wijesinghe and Webdelico LLC in this matter are **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to close this case.

SO ORDERED this _____ day of _____, 20

UNITED STATES DISTRICT JUDGE

1