IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

GLOBAL BROTHER SRL, Plaintiff, v. ARUNA SAMPATH WIJESINGHE d/b/a bookdelico.com, and WEBDELICO LLC, Defendants.

Civil Action No. 1:25-cv-00878-MN

**CERTIFICATE OF SERVICE**

FILED
DEC 11 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Aruna Sampath Wijesinghe, hereby certify that on **December 8, 2025**, I served true and correct copies of the following documents:

1. Defendant's Motion for Summary Judgment and Memorandum of Law;

2. Defendant's Statement of Undisputed Material Facts;

3. Declaration of Aruna Sampath Wijesinghe in Support of Motion;

4. Exhibit List and Exhibits A through R; and

5. Proposed Order Granting Summary Judgment.

I served these documents upon the following counsel of record for the Plaintiff via **Electronic Mail (Email)** at the following addresses:

**Jason L. DeFrancesco, Esq.** Email: jasond@defrancesco.law

**Daniel A. Taylor, Esq.** Email: dtaylor@skjlaw.com

Date: December 8, 2025

/ s / Aruna Sampath Wijesinghe Defendant, Pro Se 46 Artisan Drive, Unit 2 Smyrna, DE 19977

Email: arunasampath1@gmail.com Phone: 484-838-9988