IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

GLOBAL BROTHER SRL, Plaintiff, v. ARUNA SAMPATH WIJESINGHE d/b/a bookdelico.com, and WEBDELICO LLC, Defendants.

Civil Action No. 1:25-cv-00878-MN

**DECLARATION OF ARUNA SAMPATH WIJESINGHE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, Aruna Sampath Wijesinghe, declare as follows:

1. I am over the age of eighteen and am a Defendant in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I submit this Declaration in support of my Motion for Summary Judgment. I have read the "Statement of Undisputed Material Facts" contained in my Motion, and I verify that the facts stated therein are true and correct to the best of my knowledge.

3. **Exhibit A** attached to the Motion is a true and correct copy of the invoice I received from Ingram Content Group for the purchase of the books at issue.

4. **Exhibit B** attached to the Motion is a true and correct copy of the receipt from Barnes & Noble regarding the purchase of books.

5. **Exhibit C** attached to the Motion is a true and correct copy of my Delaware business license for Webdelico LLC.

1

6. **Exhibit D** attached to the Motion is a true and correct copy of the Shopify Sales Report generated from my business records, showing the total sales revenue of $78.69 for the relevant title.

7. **Exhibits E–F** attached to the Motion are true and correct screenshots I took of the Ingram Content Group data feed, highlighting the EANs/ISBNs of the alleged titles as they appeared in the catalog.

8. **Exhibit G** attached to the Motion is a true and correct copy of the first notification I received from Shopify (Trademark Notice #1).

9. **Exhibit H** attached to the Motion is a true and correct copy of the second notification I received from Shopify (Trademark Notice #2).

10. **Exhibit I** attached to the Motion is a true and correct copy of the DMCA copyright Notice I received from Shopify.

11. **Exhibit J** attached to the Motion is a true and correct copy of the email I sent to the Plaintiff notifying them that I had removed the products from my website.

12. **Exhibits K–L** attached to the Motion are true and correct screenshots I took of my website backend confirming the products were removed.

13. **Exhibit M** attached to the Motion is a true and correct copy of the, auto-generated Counter-Notice I initially submitted via Shopify.

14. **Exhibit Ma** attached to the Motion is a true and correct copy of the Shopify standard, auto-generated Counter-Notice form.

15. **Exhibit N** attached to the Motion is a true and correct copy of the confirmation I received from Shopify stating that my Counter-Notice was withdrawn.

16. **Exhibit O** attached to the Motion is a true and correct copy of the Shopify standard, auto-generated trademark response form.

17. **Exhibit P** attached to the Motion is a true and correct copy of the confirmation I received showing the withdrawal of my trademark response.

18. **Exhibit Q** is a true and correct copy of the email chain between myself and Plaintiff's counsel dated November 5 and November 6, 2025, wherein I provided the requested invoices and sales data.

19. **Exhibit R** consists of true and correct screenshots I captured on **December 5, 2025**, showing that titles Plaintiff alleges are infringing are currently available for sale on the websites of major retailers including **Barnes & Noble** and **Walmart**, as well as the major U.S. distributor **Ingram Content Group**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: December 8, 2025

/s/ Aruna Sampath Wijesinghe Defendant, Pro Se