Webdelico LLC
46 Artisan Drive, Unit 2
Smyrna DE 19977

PHILADELPHIA PA 19
20 DEC 2025 PM 6 L

$1.32⁰
US POSTAGE IMI
FIRST-CLASS
FROM 19977
12/19/2025
Stamps.com

CLERK OF COURT
J. CALEB BOGGS FEDERAL BUILDING
844 N KING ST UNIT 18 RM 4209
WILMINGTON DE 19801-3519

FILED
DEC 22 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.S.
X-RAY