# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>      Plaintiff,<br><br>      v.<br><br>ARUNA WIJESINGHE d/b/a/ "bookdelico.com," and WEBDELICO LLC,<br><br>      Defendant(s). | C.A. No. 25-878-MN |

**[PROPOSED] ORDER**

At Wilmington, this _____ day of _____, 202_;

The Court having considered the briefing on Plaintiff's Motion to Strike;

IT IS HEREBY ORDERED THAT:

1. The Motion (D.I. __) is GRANTED; and

2. The Motion to Stay (D.I. 16 and attachments) is hereby STRICKEN from the docket as improperly filed by a nonlawyer on behalf of Webdelico LLC; and

 

_____
The Honorable Maryellen Noreika
United States District Judge