# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>    Plaintiff,<br><br>v.<br><br>ARUNA WIJESINGHE and WEBDELICO LLC,<br><br>    Defendants. | C.A. № 25-00878-MN |

## ENTRY OF APPEARANCE

Please enter the appearance of Daniel P. Hagelberg, Esquire, of O'Kelly and O'Rourke, LLC, as counsel for Defendant, Webdelico, LLC in the above captioned matter.

              **O'KELLY & O'ROURKE, LLC**

              */s/Daniel P. Hagelberg*
              Daniel P. Hagelberg, Esq. (No. 6813)
              824 N. Market Street
              Suite 1001A
              Wilmington, DE 19801
              (302) 778-4000
              dhagelber@okorlaw.com
              *Attorney for Defendant Webdelico, LLC*

Dated: December 31, 2025

## CERTIFICATE OF SERVICE

I, Daniel P. Hagelberg, hereby certify that on December 31, 2025, I caused a true and correct copy of the foregoing entry of appearance to be served upon the following individuals in the manner indicated below:

VIA PACER:

**Smith, Katzenstein & Jenkins LLP**
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com


**THE DEFRANCESCO LAW FIRM PLLC**
Jason L. DeFrancesco
110 Dungannon Blvd, Suite 101
Wilmington, NC 28403
(910) 833-5428
jasond@defrancesco.law


VIA EMAIL:

PRO SE
Aruna Sam Wijesinghe
46 Artisan Drive
Unit 2
Smyrna, DE 19977
info@webdelico.com