## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL, | |
| Plaintiff, | |
| v. | C.A. № 25-00878-MN |
| ARUNA WIJESINGHE and WEBDELICO LLC, | |
| Defendants. | |

## ENTRY OF APPEARANCE

Please enter the appearance of Daniel P. Hagelberg, Esquire, of O'Kelly and O'Rourke, LLC, as counsel for Defendant, Aruna Wijesinghe in the above captioned matter.

                                          **O'KELLY & O'ROURKE, LLC**

                                          */s/Daniel P. Hagelberg*
                                          Daniel P. Hagelberg, Esq. (No. 6813)
                                          824 N. Market Street
                                          Suite 1001A
                                          Wilmington, DE 19801
                                          (302) 778-4000
                                          dhagelber@okorlaw.com
                                          *Attorney for Defendants*

Dated: January 5, 2026

## CERTIFICATE OF SERVICE

I, Daniel P. Hagelberg, hereby certify that on January 5, 2026, I caused a true and correct copy of the foregoing entry of appearance to be served upon the following individuals in the manner indicated below:

VIA PACER:

**Smith, Katzenstein & Jenkins LLP**
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

**THE DEFRANCESCO LAW FIRM PLLC**
Jason L. DeFrancesco
110 Dungannon Blvd, Suite 101
Wilmington, NC 28403
(910) 833-5428
jasond@defrancesco.law