IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>    Plaintiff,<br><br>v.<br><br>ARUNA WIJESINGHE and<br>WEBDELICO LLC,<br><br>    Defendants. | C.A. № 25-00878-MN |

## STIPULATION TO AMEND DEFENDANTS' TIME TO REPLY TO THE MOTION FOR SUMMARY JUDGMENT

  Defendants, Aruna Wijesinghe ("Wijesignhe") and Webdelico LLC ("Webdelico" together with Wijesignhe "Defendants") and Plaintiff Global Brother SRL ("Plaintiff"), by and through their undersigned counsel stipulate to an extension of time for Aruna Wijesinghe to file the Reply to currently pending *Motion for Summary Judgment* (D.I. 17). Defendants have recently acquired counsel in the midst of briefing a Motion for Summary Judgement.

  Individual Defendant, Aruna Wijesinghe, filed a Pro Se Motion for Summary Judgment on December 11, 2025. D.I. 17. Plaintiffs filed their response to the Motion on December 29, 2025. D.I. 22. Counsel for Defendants entered his appearance for Webdelico on December 31, 2025, and on behalf of Wijesignhe on January 5, 2026. D.I. 24 and 25.

  Pursuant to Fed. R. Civ. Pro. 6(b)(1), a party may request, and the Court may grant an extension of time to meet a deadline "if the request for is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). The original deadline to file the reply is January 5, 2026.

NOW THEREFORE the parties hereby stipulate:

1. Defendant, Aruna Wijesinghe, shall file his reply to the Motion for Summary Judgment on or before Monday, January 12, 2026.

2. Defendant, Webdelico LLC, shall notify the Court by motion or filing of its intention to join the Motion for Summary Judgment and any reply thereto on or before Monday, January 12, 2025. Any such joinder shall be without prejudice to Plaintiffs' arguments, including as to the propriety, timing, and scope of summary judgment and Plaintiffs' request for relief under Rule 56(d).

3. Plaintiffs reserve all rights and all arguments as to the Motion for Summary Judgment, including any procedural, timing, or Rule 56(d) objections.

4. Subject to any new or additional arguments raised by Webdelico LLC, Plaintiffs shall have the right to respond thereto.

    Respectfully Submitted,

| | |
|---|---|
| **SMITH, KATZENSTEIN & JENKINS LLP** | **O'KELLY & O'ROURKE, LLC** |
| */s/ Daniel A. Taylor* <br> Neal C. Belgam (No. 2721) <br> Daniel A. Taylor (No. 6934) <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br> dtaylor@skjlaw.com <br><br> *Attorneys for Plaintiff Global Brother SRL* | */s/Daniel P. Hagelberg* <br> Daniel P. Hagelberg, Esq. (No. 6813) <br> 824 N. Market Street <br> Suite 1001A <br> Wilmington, DE 19801 <br> (302) 778-4000 <br> dhagelber@okorlaw.com <br> *Attorney for Defendant Webdelico, LLC* |

Dated: January 5, 2026

IT IS SO ORDERED on this ___ day of January, 2026,

                                                                                    _____
                                                                                    The Honorable Maryellen Noreika
                                                                                     United States District Judge