

**Daniel P. Hagelberg, Esq.**
dhagelberg@okorlaw.com
Office: (302) 778-4000

January 20, 2026

**Via Electronic Filing**
The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801-3555

      **Re:    Global Brother v. Aruna Wijesinghe & Webdelico LLC
             C.A. № 25-00878-MN
             Letter to the Court Regarding Suspension of Briefing to
             Facilitate Settlement Discussions**

To the Honorable Court

    The parties have agreed to suspend the briefing on *Defendant's Motion for Summary Judgment* and intended to file a stipulation with the Court. However, settlement discussions and the agreement on a stipulation were slowed by Counsel's availability last week. Counsel apologizes for a lack of update until now.

    Settlement discussions may include voluntary pre answer discovery, to aid and facilitate compromise. It is expected that Counsel will be more available this week to finalize a stipulation and to engage in discussions on settlement.

    Counsel appreciates the forbearance of the Court on the Motion for Summary Judgment until a stipulation can be filed. The parties will keep the Court appraised of the fruitfulness of those discussions and remain available to the Court for any and all questions.

                Respectfully submitted,

                */s/ Daniel Hagelberg*
                Daniel Hagelberg

cc: All Counsel of Record (via Electronic Filing)