**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| GLOBAL BROTHER SRL, | |
| Plaintiff, | |
| v. | C.A. No. 25-878-MN |
| ARUNA WIJESINGHE d/b/a/ "bookdelico.com," and WEBDELICO LLC, | |
| Defendants. | |

**[PROPOSED] ORDER**

At Wilmington, on this _____ day of _____, 2026;

The Court having considered the briefing on Plaintiff's Motion Leave to file a Sur-Reply Brief

to Defendants' Motion for Summary Judgment (D.I. 17);

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED; and

2.    Plaintiff shall file its Sur-Reply Brief, consisting of no more than ten pages, within

1 day of the date of this Order.

_____
The Honorable Maryellen Noreika
United States District Judge