## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GLOBAL BROTHER SRL,

                    Plaintiff,

    v.

ARUNA WIJESINGHE and
WEBDELICO LLC,

                    Defendants.

C.A. № 25-00878-MN

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE A SUR-REPLY TO THE MOTION FOR SUMMARY JUDGMENT

Defendants Aruna Wijesinghe ("Mr. Wijesinghe") and Webdelico LLC ("Webdelico" and collectively with Mr. Wijesinghe, "Defendants") hereby oppose the request of Plaintiff Global Brother SRL ("Plaintiff") to file a sur-reply to the Motion for Summary Judgment. D.I. 31.

Defendants do not dispute the procedural background of the Plaintiffs current *Motion for Leave*. Briefing on the *Motion for Summary Judgment* was suspended to facilitate settlement discussions between the parties. When those discussions proved to be drawn out and fruitless, Defendants proceeded to file their reply. D.I. 30. Settlement discussions revealed that the parties are sufficiently far apart. However, it was noticeable that delay and frustration were arguably induced into the matter once it was disclosed that this case was preventing Defendants from securing financing on a real estate purchase.

Defendants' opposition to the present *Motion for Leave* is twofold. First, Plaintiff's delays have frustrated the agreement between the parties that led to the stipulation to suspend the briefing and second because no sur-reply is necessary for the Court to make its decision. At the outset of the settlement discussions Counsel for Plaintiff was difficult to get ahold of and

challenged whether discussions needed to be held by phone. Once a meet and confer by phone was held Defendants' counsel revealed a desire for settlement to aid the business interests that were being held up by this case. Upon learning of Defendant's situation the Plaintiffs have created additional delays. Plaintiffs delayed filing an agreed to stipulation for a sur-reply for several days, missing established and agreed upon deadlines. This behavior has delayed the progress of this motion and caused Defendants to withdraw their approval of the stipulation. The continued delay was prompted in part by Defendants informing Plaintiff of a desire to inform the Court of the economic opportunity that is threatened by this case continuing. Even though the Court would have no obligation to act upon it or provide expedited treatment, Defendants wished to create a record of their position (a need effectively satisfied by this opposition).

The established agreement between the parties referenced by Plaintiff provided that a sur-reply would be by right if new or additional arguments were raised. D.I. 28. While Defendants make more refined arguments in their reply, the arguments themselves are not novel. The core of the argument has always been that liability does not exist because Plaintiffs have not made out their case. The transition from a pro se motion to an attorney drafted reply added cases and specificity to the argument but has not altered it or created genuinely new material. Defendants' reply primarily attacked the matters that Plaintiff highlighted in their opposition brief. Denying a sur-reply does not prejudice the Plaintiff because their original opposition was full throated and comprehensive. The motion was fully briefed on March 2, 2026 and can move towards oral argument, where Plaintiff could make additional points, or decision by the Court. Plaintiff has opposed a request for oral argument when discussed between the parties.

Wherefore, Defenants respectfully request that the Court deny Plaintiff's motion to file a sur-reply on the grounds that the motion is fully briefed.

**O'KELLY & O'ROURKE, LLC**

*/s/Daniel P. Hagelberg*
Daniel P. Hagelberg, Esq. (No. 6813)
824 N. Market Street
Suite 1001A
Wilmington, DE 19801
(302) 778-4000
dhagelber@okorlaw.com
*Attorney for Defendant Webdelico, LLC*

Dated: April 3, 2026

## CERTIFICATE OF SERVICE

I, Daniel P. Hagelberg, hereby certify that on April 3, 2026, I caused a true and correct copy of the foregoing *Opposition to Plaintiff's Motion to File a Sur-Reply to the Motion for Summary Judgment* to be served upon the following individuals in the manner indicated below:

VIA PACER:

**Smith, Katzenstein & Jenkins LLP**
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com


**THE DEFRANCESCO LAW FIRM PLLC**
Jason L. DeFrancesco
110 Dungannon Blvd, Suite 101
Wilmington, NC 28403
(910) 833-5428
jasond@defrancesco.law