IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GLOBAL BROTHER SRL,

      Plaintiff,

  v.

ARUNA WIJESINGHE d/b/a/
"bookdelico.com," and WEBDELICO LLC,

      Defendants.

C.A. No. 25-878-MN

**PLAINTIFF'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR LEAVE**

Plaintiff Global Brother SRL ("Global Brother" or "Plaintiff"), by and through the undersigned counsel, respectfully responds to Defendants' answering brief (D.I. 32) in opposition to Plaintiff's motion for leave to file a sur-reply brief. (D.I. 31).

A sur-reply brief is appropriate, because Defendants' reply brief makes new arguments and cites new case law raised for the first time in the reply. "A Court may grant leave to file a sur-reply if it responds to new evidence, facts, or arguments." *St. Clair Intellectual Prop. Consultants, Inc. v. Samsung Elecs. Co. Ltd.*, 291 F.R.D. 75, 80 (D. Del. 2013). Here, for example, the Complaint alleges that Defendants infringed Plaintiff's copyright in "The Lost Book of Herbal Remedies." (D.I. 1 at ¶¶ 25–30). In the motion, Mr. Wijesinghe argued that he never sold "a physical copy of this book." (D.I. 17 at 4). Plaintiff answered that the lack of discovery precludes summary judgment (D.I. 22 at 7–8) and that the undisputed facts supported Defendants' control over infringing distribution site, (*id.* at 5). In the reply brief, Defendants now argue that "Claim I for copyright infringement fails because similar works are not necessarily infringing if they are arrived at separately." (D.I. 30 at 6 (citations omitted)). This new argument is inappropriate for a reply brief. Plaintiff respectfully requests an opportunity to respond to this and other new arguments.

Dated: April 13, 2026

*Of Counsel:*

Jason L. DeFrancesco
**THE DEFRANCESCO LAW FIRM PLLC**
110 Dungannon Blvd, Suite 101
Wilmington, NC 28403
T: (910) 833-5428
jasond@defrancesco.law

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff Global Brother SRL*

2