## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GLOBAL BROTHER SRL,

       Plaintiff,

    v.

ARUNA WIJESINGHE d/b/a/
"bookdelico.com," and WEBDELICO LLC,

       Defendant(s).

C.A. No. 25-878-MN

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT the mailing address for *pro hac vice* counsel Jason L.

DeFrancesco of DeFrancesco Law has changed to:

> DeFrancesco Law
> 174 Nassau Street, No. 325
> Princeton, NJ 08542

Dated: April 28, 2026

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*

Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff Global Brother SRL*