IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLOBAL BROTHER SRL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-878 (MN) |
| | ) | |
| ARUNA WIJESINGHE d/b/a/ | ) | |
| "bookdelico.com," and WEBDELICO LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington, this 5th day of August 2026;

WHEREAS, on December 11, 2025, Defendant Aruna Wijesinghe moved pro se for summary judgment (D.I. 17);

WHEREAS, the motion was filed prior to a Rule 26(f) conference, prior to any discovery occurring and prior to the appearance of Defendants' counsel (D.I. 25); and

WHEREAS, the motion appears to be premature.

THEREFORE, IT IS HEREBY ORDERED that the motion for summary judgment (D.I. 17) is DENIED without prejudice to renew at an appropriate time.[1]

The Honorable Maryellen Noreika
United States District Judge

---

[1]    Plaintiff's motion for leave to file a surreply (D.I. 31) is also DENIED.  Defendants shall answer, move or otherwise respond to the complaint by September 1, 2026.