**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>Plaintiff,<br><br>v.<br><br>ARUNA WIJESINGHE and WEBDELICO LLC,<br><br>Defendants. | C.A. № 25-00878-MN |

## [PROPOSED] ORDER

AND NOW, having reviewed Defendants Motion to Dismiss and for Attorney's Fees and any responses thereto, it is hereby ORDERED:

1. The Complaint against Defendants is Dismissed in its entirety.
2. Defendants shall submit proper documentation of their fees and expenses for the review by the Court. All reasonable expenses shall be paid by the Plaintiff.

SO ORDERED this ___ day of ______________, 2026

______________________________
The Honorable Maryellen Noreika