**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>Plaintiff,<br><br>v.<br><br>ARUNA WIJESINGHE and WEBDELICO LLC,<br><br>Defendants. | C.A. № 25-00878-MN |

**STIPULATION TO AMEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants, Aruna Wijesinghe("Wijesignhe") and Webdelico LLC ("Webdelico" together with Wijesignhe "Defendants") and Plaintiff Global Brother SRL ("Plaintiff"), by and through their undersigned counsel stipulate to an extension of time for Defendants to Answer or Otherwise Respond to the Complaint D.I. 1.

The Court ordered an answer or response to the Complaint by September 1, 2026. D.I. 35. Parties agree to allow for an additional day to file the Answer or Response on September 2, 2026. By agreement of the parties all dates for the pending motion will be extended an additional day.

Pursuant to Fed. R. Civ. Pro. 6(b)(1), a party may request, and the Court may grant an extension of time to meet a deadline "if the request for is made, before the original time or its extension expires or on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1). The original deadline to file was September 1, 2026, Plaintiff was unable to file on that date due to a logistical issue.

NOW THEREFORE the parties hereby stipulate:

1. Defendants, shall file their response on or before September 2, 2026.

Respectfully Submitted,

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Plaintiff Global Brother SRL*

**Daniel P. Hagelberg, Esquire**

*/s/ Daniel P. Hagelberg*
Daniel P. Hagelberg, Esq. (No. 6813)
1201 N. Orange Street, Suite 500A
Wilmington, DE 19801
(302)617-7100
daniel@hagelberglaw.com
*Attorney for Defendant Webdelico, LLC*

Dated: September 2, 2026

IT IS SO ORDERED on this ___ day of September, 2026,

______________________________
The Honorable Maryellen Noreika
United States District Judge